# United States District Court

_____ DISTRICT OF _____

813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership; as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership,
    Plaintiff,

v.

OAKLAND LAKES, LTD., a Florida Limited Partnership, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC., and ROBERT E. SCHULER, as General Partners of OAKLAND LAKES, LTD., THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT and CONDOR ONE, INC., a Delaware Corporation,
    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 00-6147 CIV LENARD
    Magistrate Turnoff

To: CONDOR ONE, INC., c/o GE Capital Corporation, 292 Long Ridge Road, Stamford, CT 06927

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum,
  Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

_____
DEPUTY CLERK

DATE  FEB 4 2000

# United States District Court

DISTRICT OF _____

813268 ONTARIO, INC. as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership; as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Partnership,
                v.
         Plaintiff,
v.

OAKLAND LAKES, LTD., a Florida Limited Partnership, WILLIAM O. BRISBEN, W.O. BRISBESN COMPANIES, INC., and ROBERT E. SCHULER, as General Partners of OAKLAND LAKES, LTD, THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, and CONDOR ONE, INC., a Delaware Corporation,

         Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6147 CIV LENARD
                Magistrate Turnoff

TO: CT Corporation System, Registered Agent/Condor One, Inc., 1200 South Pine Island Road, Plantation, FL 33324

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum,
  Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                          FEB 4 2000

CLERK                                                  DATE

BY DEPUTY CLERK