# United States District Court

_____ DISTRICT OF _____

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership; as limited
partner of, and on behalf of
OAKLAND LAKES, LTD., a Florida
Limited Partnership
                 Plaintiff,

v.

OAKLAND LAKES, LTD., a Florida
Limited Partnership, WILLIAM O.
BRISBEN, W.O. BRISBEN COMPANIES,
INC., and ROBERT E. SCHULER, as
General Partners of OAKLAND LAKES,
LTD, THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and CONDOR ONE,
INC., a Delaware Corporation,

                 Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6147 CIV LENARD
                Magistrate Trunoff



TO: W.O. BRISBEN COMPANIES, INC., 2321 NW 33rd Street, Suite 212, Fort Lauderdale, FL 33309

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum,
  Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

BY DEPUTY CLERK

DATE  FEB 4 2000

# United States District Court

_____ DISTRICT OF _____

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership; as limited
partner of, and on behalf of
OAKLAND LAKES, LTD., a Florida
Limited Partnership,
                Plaintiff,
v.

OAKLAND LAKES, LTD., a Florida
Limited Partnership, WILLIAM O.
BRISBEN, W.O. BRISBEN COMPANIES,
INC., and ROBERT E. SCHULER, as
General Partners of OAKLAND LAKES,
LTD., THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and CONDOR ONE,
INC., a Delaware Corporation,
                Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6147 CIV LENARD
                Magistrate Turnoff

TO: Atkinson, Wilson C., III, Registered Agent/W.O. BRISBEN COMPANIES, INC.,
    1946 Tyler Street, Hollywood, FL 33022

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum,
  Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

[signature]
BY DEPUTY CLERK

DATE: FEB 4 2000