# United States District Court

DISTRICT OF _____

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership; as limited
partner of, and on behalf of
OAKLAND LAKES, LTD., a Florida
Limited Partnership;
                 Plaintiff,
v.

OAKLAND LAKES, LTD., a Florida
Limited Partnership, WILLIAM O.
BRISBEN, W.O. BRISBEN COMPANIES,
INC., and ROBERT E. SCHULER, as
General Partners of OAKLAND LAKES,
LTD., THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and CONDOR ONE,
INC., a Delaware Corporation,
                 Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   00-6147 CIV LENARD
                      Magistrate Turnoff

FILED BY _____
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA.-FTL
00 FEB -4 AM 9:29

TO: (Name and Address of Defendant)

OAKLAND LAKES, LTD., 2325 NW 33rd Street, Fort Lauderdale, FL 33309

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum,
  Keller, Cohen & McIntyre P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                                        DATE    FEB - 4 2000
CLERK
[signature]
BY DEPUTY CLERK

# United States District Court

_____ DISTRICT OF _____

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership; as limited
partner of, and on behalf of OAKLAND
LAKES, LTD., a Florida Limited Partnership,
           V.      Plaintiff,
v.

OAKLAND LAKES, LTD., a Florida
Limited Partnership, WILLIAM O.
BRISBEN, W.O. BRISBEN COMPANIES,
INC., and ROBERT E. SCHULER, as
General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND URBAN
DEVELOPMENT, and CONDOR-ONE, INC., a
Delaware Corporation.,
                  Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 00-6147 CIV LENARD
              Magistrate Turnoff

TO: Atkinson, Wilson c. III, Registered Agent/Oakland Lakes, Ltd., 1946
    Tyler Street, Hollywooed, FL 33020

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum,
   Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                              FEB -4 2000
CLERK                                        DATE

BY DEPUTY CLERK