# United States District Court

_____ DISTRICT OF _____

813268 Ontario, Inc., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on
behalf of OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

    Plaintiff,

OAKLAND LAKES, LTD., a Florida
Limited Partnership, WILLIAM O.
BRISBEN, W.O. BRISBEN COMPANIES,
INC., and ROBERT E. SCHULER, as
General Partners of OAKLAND LAKES,
LTD, THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and CONDOR ONE, INC.,
A Delaware Corporation,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6147 CIV-LENARD
                    Magistrate Turnoff

TO: DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, 909 Southeast 1st Avenue, Miami, FL 33131

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum, Keller,
 Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                   FEB - 4 2000

CLERK                           DATE

BY DEPUTY CLERK

# United States District Court

_____ DISTRICT OF _____

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership; as limited
partner of, and on behalf of
OAKLAND LAKES, LTD., a Florida
Limited Partnership;
      Plaintiff,
v.

OAKLAND LAKES, LTD., a Florida
Limited Partnership, WILLIAM O.
BRISBEN, W.O. BRISBEN COMPANIES,
INC., AND ROBERT E. SCHULER as
General Partners of OAKLAND LAKES,
LTD., THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and CONDOR ONE, INC.
a Delaware Corporation,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6147 CIV-LENARD
     Magistrate Turnoff

TO:  U.S. Attorney's Office, 500 East Broward Boulevard, Fort Lauderdale, FL 33394

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

RICHARD T. WOULFE, ESQUIRE
Bunnell, Woulfe, Kirschbaum,
 Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

BY DEPUTY CLERK

DATE FEB - 4 2000

# United States District Court

_____ DISTRICT OF _____

813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership; as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership,
                Plaintiff,

v.

OAKLAND LAKES, LTD. a Florida Limited Partnership, WILLIAM O. BRISBEN, W.,O. BRISBEN COMPANIES, INC., and ROBERT E. SCHULER, as General Partners of OAKLAND LAKES, LTD., THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, and CONDOR ONE, INC., a Delaware Corporation,
                Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6147 CIV LENARD
               Magistrate Turnoff

TO: Janet Reno, Attoreny General, c/o Director, Torts Branch, Civil Division
    U.S. Department of Justice, Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum,
  Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

_____
BY DEPUTY CLERK

DATE: FEB 4 2000