# United States District Court

_____ DISTRICT OF _____

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership; as limited
partner of, and on behalf of OAKLAND
LAKES, LTD., a Florjdia Limtied
Partnership;
       Plaintif,

v.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN, W.O.
BRISBEN COMPANIES, INC., and ROBERT E.
SCHULER, as General Partners of OAKLAND
LAKES, LTD; THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and CONDOR ONE , INC.,
a Delaware Corporation,

       Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  00-6147 CIV-LENARD
                Magistrate Turnoff

TO: ROBERT E. SCHULER, W.O. Brisben Companies, Inc., 7800 E. Kemper Road, Cincinnati, Ohio 45249

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum,
 Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

BY DEPUTY CLERK

DATE  FEB - 4 2000