AO 440 (Rev. 5/85) Summons in a Civil Action

00-6147-CV-JAL

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2-8-00 2:38 P.M. | |
| NAME OF SERVER NEAL LOCHER | TITLE S.P.S. #168 | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON REGISTERED AGENT WILSON C. ATKINSON, III

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-8-00
Date

Signature of Server: Neal Locher

Address of Server: 200 S.E. 6 St. #308
FT. LAUDERDALE, FL. 33301

FILED BY ___ D.C.
00 FEB 10 AM 9:49
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIA

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

IMMEDIATE

# United States District Court

DISTRICT OF

813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership; as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership, Plaintiff,

V.

v.

OAKLAND LAKES, LTD., a Florida Limited Partnership, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC., and ROBERT E. SCHULER, as General Partners of OAKLAND LAKES, LTD., THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT and CONDOR-ONE, INC., a Delaware Corporation., Defendants.

COMPLAINT + EXH

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 00-6147 CIV LENARD
Magistrate Turnoff

REC'D 2-4-00

SERVED W.C. ATKINSON, III

DATE 2-8-00 TIME 1:38 P.M.

PS NEAL LOCHER
(Printed Name Here)

CERTIFIED IN THE CIRCUIT COURT OF 17th JUDICIAL CIRCUIT CERT # 668

TO: Atkinson, Wilson c. III, Registered Agent/Oakland Lakes, Ltd., 1946 Tyler Street, Hollywooed, FL 33020
925-5501

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RECEIVED BY W.C. ATKINSON, III

X [signature] 2/8/00

Clarence Maddox
CLERK

FEB 4 2000
DATE

[signature]
BY DEPUTY CLERK