AO 440 (Rev. 5/85) Summons in a Civil Action

00-6147-CV-JAL

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 2-8-00  2:38 P.m |

| NAME OF SERVER | TITLE |
|---|---|
| NEAL LOCHER | S.P.S. #168 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON REGISTERED AGENT WILSON C. ATKINSON, III.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-8-00
           Date

Neal Locher  #168
Signature of Server

200 S.E. 6 ST. #304
FT. LAUDERDALE, FL. 33301
Address of Server

FILED BY _____ D.C.
00 FEB 10 AM 9:49
CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**IMMEDIATE**

# United States District Court

_____ DISTRICT OF _____

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership; as limited
partner of, and on behalf of
OAKLAND LAKES, LTD., a Florida
Limited Partnership,
                     Plaintiff,
v.

OAKLAND LAKES, LTD., a Florida
Limited Partnership, WILLIAM O.
BRISBEN, W.O. BRISBEN COMPANIES,
INC., and ROBERT E. SCHULER, as
General Partners of OAKLAND LAKES,
LTD., THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and CONDOR ONE,
INC., a Delaware Corporation,
                     Defendants.

COMPLAINT + EX/A
SUMMONS IN A CIVIL ACTION

CASE NUMBER:  00-6147 CIV LENARD
                 Magistrate Turnoff

REC'D  2-4-00
SERVED  W.C. ATKINSON, III
DATE  2-8-00  TIME  1:38 P.M.
PS  NEAL COCHER
     (Printed Name Here)

CERTIFIED IN THE CIRCUIT COURT OF
17TH JUDICIAL CIRCUIT CERT # 168

TO: Atkinson, Wilson C., III, Registered Agent/W.O. BRISBEN COMPANIES, INC.,
    1946 Tyler Street, Hollywood, FL 33022

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum,
  Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RECEIVED BY W.C. ATKINSON, III

X /s/ 2/8/00

Clarence Maddox

FEB 4 2000

CLERK

_____
BY DEPUTY CLERK

DATE