Case 0:00-cv-06147-JAL  Document 10  Entered on FLSD Docket 02/10/2000  Page 1 of 2
AO 440 (Rev. 5/85) Summons in a Civil Action

IMMEDIATE

# United States District Court

_____ DISTRICT OF _____

813268 ONTARIO, INC. as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership; as limited
partner of, and on behalf of
OAKLAND LAKES, LTD., a Florida
Partnership,    v.
              Plaintiff,
v.

OAKLAND LAKES, LTD., a Florida
Limited Partnership, WILLIAM O.
BRISBEN, W.O. BRISBESN COMPANIES,
INC., and ROBERT E. SCHULER, as
General Partners of OAKLAND LAKES,
LTD, THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and CONDOR ONE,
INC., a Delaware Corporation,

              Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 00-6147 CIV LENARD
              Magistrate Turnoff

TO: CT Corporation System, Registered Agent/Condor One, Inc., 1200 South
    Pine Island Road, Plantation, FL 33324

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum,
  Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK

BY DEPUTY CLERK

DATE  FEB - 4 2000

AO 440 (Rev. 5/85) Summons in a Civil Action

00-6147-CV-JAL

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 2/7/00 |
| NAME OF SERVER  VALERIE ESTES | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Corporate – Ann Bautelau Reg. Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/7/00     Valerie Estes
              Date        Signature of Server

200 S.E. 6 ST
Address of Server
Fort Lauderdale, Fla

FILED BY ___ D.C.
00 FEB 10 AM 9:48
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.