UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf of
OAKLAND LAKES, LTD., a Florida Limited
Partnership,

        Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN, W.O.
BRISBEN COMPANIES, INC., and ROBERT E.
SCHULER, as General Partners of OAKLAND LAKES,
LTD., THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and CONDOR ONE,
INC., a Delaware Corporation,

        Defendants.
_____/

Case Number: 00-6147-CIV-LENARD
(Magistrate Judge Turnoff)

## MOTION FOR EXTENSION OF TIME TO RESPOND

Defendants, OAKLAND LAKES, LTD., a Florida Limited Partnership, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC., and ROBERT E. SCHULER, as General Partners of OAKLAND LAKES, LTD., by and through their undersigned counsel, files this Motion for Extension of Time in which to serve a response to Plaintiff's Complaint, and in support thereof states as follows:

    1.    The Defendants were served with the Summons and Complaint on February 8, 2000.

    2.    The Defendants' response to the Complaint is due on February 28, 2000.

CASE NO.: 00-6147-CIV-LENARD

3. The Defendants request up to and including March 13, 2000 within which to serve a response to the Complaint. The request results from professional time constraints and is not for the purpose of delay and will not prejudice Plaintiff.

4. Plaintiff's counsel has no objection to the request and consents to entry of an Agreed Order.

WHEREFORE, Defendants, OAKLAND LAKES, LTD., a Florida Limited Partnership, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC., and ROBERT E. SCHULER, as General Partners of OAKLAND LAKES, LTD., respectfully requests that this Court enter an Agreed Order extending the time for Defendants to serve a response to the Complaint up to and including March 13, 2000.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was telefaxed and mailed to CHARLES J. BARTLETT, ESQ., Icard, Merrill, et al., 2033 Main Street, Suite 600, Sarasota, Florida 34237; RICHARD T. WOULFE, ESQ., Bunnell, Woulfe, et al., 888 East Last Olas Boulevard, 4th Floor, Fort Lauderdale, Florida 33301; DAVID W. TRENCH, ESQ., Bilzin, Sumberg, Dunn, et al., 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131-2310, this 25 day of February, 2000.

ELLIS, SPENCER & BUTLER
Attorneys for Defendants
4601 Sheridan Street, Suite 505
Hollywood, FL 33021
(954) 986-2291 Broward
(305) 947-0620 Dade

BY: _____
WILLIAM S. SPENCER, ESQ.
Florida Bar No. 100310