UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf of
OAKLAND LAKES, LTD., a Florida Limited
Partnership,

        Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN, W.O.
BRISBEN COMPANIES, INC., and ROBERT E.
SCHULER, as General Partners of OAKLAND LAKES,
LTD., THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and CONDOR ONE,
INC., a Delaware Corporation,

        Defendants.

_____/

Case Number: 00-6147-CIV-LENARD
(Magistrate Judge Turnoff)



FILED by _____ D.C.

FEB 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## AGREED ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND

THIS MATTER came before the Court on Defendants', OAKLAND LAKES, LTD., a

Florida Limited Partnership, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC.,

and ROBERT E. SCHULER, as General Partners of OAKLAND LAKES, LTD., Motion for

Extension of Time to respond to Plaintiff's Complaint filed in this cause.  The Court having

reviewed Defendants' motion and been advised that the parties agree to entry of this Agreed

Order, it is hereby:

ORDERED AND ADJUDGED that Defendants shall serve a response on or before

March 13, 2000.

1

DONE AND ORDERED in Fort Lauderdale, Broward County, Florida on this 2J day

of _____, 2000.

JOAN A. LENARD
U.S. DISTRICT COURT JUDGE

CONFORMED COPIES TO:
Charles J. Bartlett, Esq.
Richard T. Woulfe, Esq.
David W. Trench, Esq.
William S. Spencer, Esq.