UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6147 CIV-LENARD
Magistrate Turnoff

FILED BY _____ D.C.
ITAKE

00 FEB 28 PM 4: 15

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

        Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

        Defendants.
_____/

### DEFENDANT'S AMENDED AGREED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO COMPLAINT

This motion is amended as to division location only as the original was inadvertently filed in the Fort Lauderdale Division of the United States District Court, Southern District of Florida.

Defendant, Condor One, Inc. ("Condor One"), by and through undersigned counsel and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby moves for an enlargement of time within which to respond to the complaint served by Plaintiff and, in support thereof, states:

1.     The complaint was served on CT Corporation as registered agent for Condor One on February 7, 2000. Accordingly, Condor One's response is due on or before February 28, 2000.

2.     On February 17, 2000, undersigned counsel received a copy of the complaint and

BILZIN SUMBERG DUNN PRICE & AXELROD LLP
2500 FIRST UNION FINANCIAL CENTER • MIAMI, FLORIDA 33131-2336

exhibits.

3. The complaint is a limited partner derivative action seeking declaratory relief in connection with a note, mortgage, provisional workout agreement between the Secretary of the United States Department of Housing and Urban Development ("HUD") and the limited partnership on whose behalf the plaintiff brings the action as well as an assignment of documents by HUD to Condor One.

4. The involved nature of the facts alleged in the complaint require more time for the preparation of an appropriate response than the time remaining allows.

5. On February 23, 2000, the undersigned contacted plaintiff's counsel requested his consent to an application for a two-week extension (to March 13, 2000) to respond to the complaint. Plaintiff's counsel agreed and consented to the representation of that consent in this motion.

6. Rule 6 of the Federal Rules of Civil Procedure permits this Court to enlarge the time to respond to the complaint under the circumstances such as that set forth in this motion.

7. No party will be prejudiced by the requested extension.

WHEREFORE, Defendant Condor One, Inc. respectfully requests that this Court enter its order granting Defendant's motion for enlargement of time within which to respond to the complaint to and including March 13, 2000.

Respectfully submitted,

**BILZIN SUMBERG DUNN PRICE & AXELROD LLP**
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: _____
David W. Trench
Florida Bar No. 202975

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail on this 28th day of February, 2000 to: Richard T. Woulfe, Esq., Co-Counsel for Plaintiff, Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., P.O. Drawer 030340, 888 E. Las Olas Boulevard, Suite 400, Ft. Lauderdale, Florida 33303-0340; Robert E. Messick, Esq., Co-Counsel for Plaintiff, Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., 2033 Main Street, Suite 600, Sarasota, Florida 34237; and William S. Spencer, Esq., Ellis, Spencer & Butler, 4601 Sheridan, Hollywood, Florida 33021.

_____
David W. Trench