# United States District Court

_____ DISTRICT OF _____

81.3268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership; as limited
partner of, and on behalf of OAKLAND
LAKES, LTD., a Florida Limited Partnership,
   v.  Plaintiff,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 00-6147 CIV LENARD
Magistrate Turnoff

v.

OAKLAND LAKES, LTD., a Florida
Limited Partnership, WILLIAM O.
BRISBEN, W.O. BRISBEN COMPANIES,
INC., and ROBERT E. SCHULER, AS
General Partners of OAKLAND LAKES,
LTD., THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT adn CONDOR ONE, INC.,
a Delaware Corporation,
     Defendants.

TO: WILLIAM O. BRISBEN, Brisben Companies, Inc., 7800 E. Kemper Road,
Cincinnarti, Ohio 45249

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum,
 Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox           FEB 24 2000
CLERK                 DATE

BY DEPUTY CLERK

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|
| 10 Feb 00 | Brisben Companie, Inc.<br>7800 East Kemper Rd.<br>Cincinnati, Oh, 45210 |
| **SERVED UPON** | **MANNER OF SERVICE** |
| William Brisben | personal |
| **SERVED BY** | **TITLE** |
| Jeff Hildebrand | process server |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on __10 Feb 00__
         Date

_____
Signature of Server
1212 Sycamore
Cincinnati, Oh 45210-
Address of Server