# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| 813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership; as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limtied Partnership;<br>    Plaintif,<br>v.<br>OAKLAND LAKES, LTD., a Florida Limited Partnership, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC., and ROBERT E. SCHULER, as General Partners of OAKLAND LAKES, LTD.; THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, and CONDOR ONE , INC., a Delaware Corporation,<br>    Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 00-6147 CIV-LENARD<br>                       Magistrate Turnoff |

TO: (Name and Address of Defendant)
ROBERT E. SCHULER, W.O. Brisben Companies, Inc., 7800 E. Kemper Road, Cincinnati, Ohio 45249

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Richard T. Woulfe, Esquire
Bunnell, Woulfe, Kirschbaum,
 Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33301

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                                       FEB - 4 2000

CLERK                                                       DATE

BY DEPUTY CLERK

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|
| 17 Feb 00 | 7800 E. Kemper Rd.<br>Cincinnati Oh 45210 |

| SERVED UPON | MANNER OF SERVICE |
|---|---|
| Robert Schuler | personal |

| SERVED BY | TITLE |
|---|---|
| Jeff Hildebrand | process server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  17 FEb 00
             Date

Signature of Server
1212 Sycamore
Cincinnati Oh 45210
Address of Server