UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC. as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership; as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership,

    Plaintiff,

vs

OAKLAND LAKES, LTD., a Florida Limited Partnership, WILLIAM O. BRISBEN, W. O. BRISBEN COMPANIES, INC., and ROBERT E. SCHULER, as General partners of OAKLAND LAKES, LTD., THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, and CONDOR ONE, INC., a Delaware corporation,

    Defendant.
_____/



FILED by ___ D.C.
MAR 0 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER GRANTING DEFENDANT'S AGREED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO COMPLAINT

**THIS CAUSE** came before the Court upon the Defendant's Agreed Motion for Enlargement of Time Within Which to Respond to Complaint, (D.E. #13), filed February 28, 2000. Upon due consideration of the motion and the record, it is hereby

**ORDERED AND ADJUDGED** that the motion is GRANTED. Defendant, Condor One, Inc. shall have up to and including March 13, 2000 within which to respond to the Complaint in this matter.

Case No. 0-6147-CIV-LENARD/TURNOFF

**DONE AND ORDERED** in Chambers at Miami, Florida this ___1___ day of ~~February~~ March, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc: U. S. Magistrate William C. Turnoff

Richard T. Woulfe, Esq.
Bunnell, Woulfe, Kirschbaum, Keller, et al.
P.O. Drawer 030340
888 E. Las Olas boulevard, Suite 400
Ft. Lauderdale, FL 33303-0340

Robert E. Messick, Esq.
Icard, Merrill, Cullis, et al.
2033 Main Street, Suite 600
Sarasota, FL 34237

William S. Spencer, Esq.
Ellis, Spencer & Butler
4601 Sheridan
Hollywood, FL 33021

David W. Trench, Esq.
Bilzin Sumberg Dunn, et al.
2500 First Union Financial Center
Miami, FL 33131-2336