UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6147 CIV-LENARD
Magistrate Turnoff



813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

      Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

      Defendants.
_____/

### CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CONDOR ONE, INC.

Defendant Condor One, Inc., by and through undersigned counsel and pursuant to this Court's order directing parties to file certificates of interested parties entered March 3, 2000, hereby submits this list of those that have a financial interest in the outcome of this case.

1. Condor One, Inc.

2. General Electric Capital Corporation

3. General Electric Corporation

4. GE Capital Realty Group, Inc.

BILZIN SUMBERG DUNN PRICE & AXELROD LLP
2500 FIRST UNION FINANCIAL CENTER • MIAMI, FLORIDA 33131-2336

5. Douglas Goldrick

6. Locke Liddell & Sapp LLP

7. Greg. A. Lowry, Esq.

8. Bilzin Sumberg Dunn Price & Axelrod LLP

9. David W. Trench, Esq.

10. 813268 Ontario, Inc.

11. Oakland Park (Florida) Limited Partnership

12. Oakland Lakes, Ltd.

13. William O. Brisben

14. W. O. Brisben Companies, Inc.

15. Robert E. Schuler

16. The Secretary of Housing and Urban Development

17. Ellis, Spencer & Butler

18. William S. Spencer, Esq.

19. Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A.

20. Richard T. Woulfe, Esq.

21. Icard, Merrill, Cullis, Timm, Furen & Ginsberg, P.A.

22. Robert E. Messick, Esq.

Respectfully submitted,

**BILZIN SUMBERG DUNN PRICE & AXELROD LLP**
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: _Lynn S. Waterman for_
**David W. Trench**
Florida Bar No. 202975

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail on this ___ day of March, 2000 to: Richard T. Woulfe, Esq., Co-Counsel for Plaintiff, Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., P.O. Drawer 030340, 888 E. Las Olas Boulevard, Suite 400, Ft. Lauderdale, Florida 33303-0340; Robert E. Messick, Esq., Co-Counsel for Plaintiff, Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., 2033 Main Street, Suite 600, Sarasota, Florida 34237; and William S. Spencer, Esq., Ellis, Spencer & Butler, 4601 Sheridan Street, Suite 505, Hollywood, Florida 33021.

_Lynn S. Waterman for_
David W. Trench