UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

      Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

      Defendants.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, 813268 Ontario, Inc., by and through its undersigned counsel, files its Certificate of Interested Parties and Corporate disclosure Statement and certifies that the following are Interested Parties as related to Plaintiff:

I. Oakland Lakes, Ltd., a Florida Limited Partnership.

A. William O. Brisben, as a General and Limited Partner of Oakland Lakes Limited.

B. Robert E. Schuler, as a General and Limited Partner of Oakland Lakes Limited.

C. Brisben Companies, Inc., as General Partner of Oakland Lakes Limited.

D. Oakland Park (Florida) Limited Partnership, an Ontario Limited Partnership, as a Limited Partner of Oakland Lakes Limited.

  1. 813268 Ontario, Inc. as a General and Limited Partner of Oakland Park (Florida) Limited Partnership.

    a. Peak Equity Corp., as a shareholder of 813268 Ontario, Inc.

      i. Barnett Gordon, as a shareholder of Peak Equity Corp.
      ii. Carla Roter, as a shareholder of Peak Equity Corp.
      iii. George Roter, as a shareholder of Peak Equity Corp.
      iv. Raphael Roter, as a shareholder of Peak Equity Corp.
      v. Sol Roter, as a shareholder of Peak Equity Corp.

    b. Anchor Securities, Ltd., as a shareholder of Peak Equity Corp.

      i. Martin Heppner, as a shareholder of Anchor Securities, Ltd.

  2. Mirror Management Limited, as a Limited Partner of Oakland Park (Florida) Limited Partnership.

  3. Orthill Company, as a Limited Partner of Oakland Park (Florida) Limited Partnership

  4. The following individuals are limited partners of Oakland Park (Florida) Limited Partnership.

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, COHEN & McINTYRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340 • (954) 761-8600

    i.      Dr. David Briant
    ii.     Brian Bucknall
    iii.    Carl Goldenberg
    iv.    Leo Grunberger
    v.     Eric Grundy
    vi.    Marvin Kirshenblatt
    vii.   Stanley Kirshenblatt
    viii.  Larry Kolinsky
    ix.    Dr. Fathi Kozman
    x.     Cuthbert Lewis
    xi.    Dr. Terry Logaridis
    xii.   Mirror Management Limited
    xiii.  Orthill Company
    xiv.  Dr. Irving Soloway
    xv.   Jeannie Tanenbaum
    xvi.  Peter Venton
    xvii.  Brian Westlake
    xviii. Dr. Rajesh Mohan
    xix.  Dr. Gurnek Kainth
    xx.   Karl Frei
    xxi.  Vincenzo Marinelli
    xxii.  Charles O'Hara
    xxiii. Dr. Arun Narang
    xxiv. Tavindra Malhotra

WE HEREBY CERTIFY that a copy of the foregoing was mailed to: **WILLIAM SPENCER, ESQUIRE**, Ellis, Spencer & Butler, Attorneys for Defendants, 4601 Sheridan Street, Hollywood, Florida 33021 and **CHARLES J. BARTLETT, ESQUIRE**, Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., Attorneys for Plaintiff, 2033 Main Street, Suite 600, Sarasota, Florida 34237 and **DAVID TRENCH, ESQUIRE**, Bilzin, Sumberg, Dunn, Price & Axelrod, LLP, Attorneys for Condor One, 2500 First Union Financial Center, 200 South Biscayne Boulevard, Miami, FL 33131 on this 20th day of February, 2000.

                      BUNNELL, WOULFE, KIRSCHBAUM,
                       KELLER, COHEN & McINTYRE, P.A.
                      Co-Counsel for Plaintiff
                      Post Office Drawer 030340
                      888 E. Las Olas Boulevard, Suite 400
                      Ft. Lauderdale, FL 33303-0340
                      (954) 761-8600

By: _____
                      RICHARD T. WOULFE
                      Florida Bar No.: 222313