NIGHT BOX
FILED
MAR 24 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf of
OAKLAND LAKES, LTD., a Florida Limited
Partnership,

        Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN, W.O.
BRISBEN COMPANIES, INC., and ROBERT E.
SCHULER, as General Partners of OAKLAND LAKES,
LTD., THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and CONDOR ONE,
INC., a Delaware Corporation,

        Defendants.
_____/

Case Number: 00-6147-CIV-LENARD
(Magistrate Judge Turnoff)

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS, OAKLAND LAKES, LTD., WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC. AND ROBERT E. SCHULER, AS GENERAL PARTNERS OF OAKLAND LAKES LTD.

Defendants, Oakland Lakes, Ltd., William O. Brisben, W.O. Brisben Companies, Inc., and Robert E. Schuler, as General Partners of Oakland Lakes Ltd., by and through their undersigned counsel, and pursuant to this Court's Order directing parties to file certificates of interested parties, entered on March 3, 2000, hereby submit this list of entities who have or may have a financial interest in the pending action:

    1.    W.O. Brisben Companies, Inc., an Ohio corporation;

    2.    William O. Brisben, a resident of Florida;

    3.    Robert E. Schuler, a resident of Ohio;

Document Number: 73698-1        1

NON-COMPLIANCE OF S.D. Fla. L.R. 51.A1

4. Ellis, Spencer & Butler, Attorneys;

    4601 Sheridan Street, Suite 505

    Hollywood, Florida 33021

5. Oakland Lakes Limited, a Florida limited partnership, the general partners of which are William O. Brisben, W.O. Brisben Companies, Inc. and Robert E. Schuler;

6. Oakland Park [Florida] Limited Partnership, the general partners of which are or may be 813268 Ontario, Inc.;

7. 813268 Ontario, Inc., an Ontario, Canada Corporation;

8. Peak Equity Corp., as a shareholder of 813268 Ontario, Inc.

9. Sol Roter as a shareholder of Peak Equity Corp.

10. Anchor Securities Ltd., as shareholder of Peak Equity Corp. And/or 813268 Ontario, Inc.

11. Martin Heppner, as a shareholder of Anchor Securities Ltd.

12. Additional parties listed by Plaintiff's Cerificate of Interested Parties and Corporate Disclosure Statement;

13. Parties listed on Certificate of Interested Parties and Corporate Disclosure Statement of Defendant, of Condor One, Inc.;

14. Counsel for the respective parties in this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was telefaxed and mailed to CHARLES J. BARTLETT, ESQ., Icard, Merrill, et al., 2033 Main Street, Suite 600, Sarasota, Florida 34237; RICHARD T. WOULFE, ESQ., Bunnell, Woulfe, et al., 888 East Last Olas Boulevard, 4th Floor, Fort Lauderdale, Florida 33301; DAVID W. TRENCH, ESQ., Bilzin, Sumberg, Dunn, et al., 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131-2310, this 24th day of March, 2000.

ELLIS, SPENCER & BUTLER
Attorneys for Defendants
4601 Sheridan Street, Suite 505
Hollywood, FL 33021
(954) 986-2291 Broward
(305) 947-0620 Dade

BY: _____
WILLIAM S. SPENCER, ESQ.
Florida Bar No. 100310