UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

      Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

      Defendants.
_____/

### PLAINTIFF'S AGREED MOTION TO ENLARGE TIME TO SUBMIT JOINT SCHEDULING REPORT

Plaintiff, 813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership, as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership, ("Oakland Park"), by and through its undersigned counsel, moves to enlarge the time to submit joint scheduling report requested by the Court in its order entered March 3, 2000, and as grounds therefor would show:

1. Plaintiff filed its Complaint on January 31, 2000. On March 3, 2000, the Court, sua sponte, entered its Order Referring Pre-trial Discovery Motions to Magistrate, Order Directing Parties to File Certificates of Interested Parties and Joint Scheduling Report. The order directed the parties to conduct a scheduling conference twenty (20) days after the filing of an answer by the last answering Defendant, or within sixty (60) days of the filing of the Complaint (whichever shall first occur).

2. The deadline for the parties to conduct the scheduling conference would therefore be March 31, 2000.

3. The Secretary of Housing and Urban Development ("HUD"), a named Defendant in this action, was served on or about February 8, 2000. Under Federal Rule of Civil Procedure 12(a), the government has sixty (60) days to answer the Complaint. HUD's answer is therefore due on or about April 8, 2000.

4. HUD, as a party to this action, is a necessary participant to the scheduling conference and therefore any scheduling conference should be held after HUD has answered, or otherwise appeared in the case.

5. On March 28, 2000, counsel for the Plaintiff contacted counsel of record for the other Defendants in this action and requested their consent to a motion to enlarge the time to file the scheduling report. Defendants' counsel agreed and consented to the representation of that consent in this motion.

6. Prior to the filing of this motion, Plaintiff's counsel delivered the proposed motion to counsel for Defendants and they agreed to its form and substance.

7. Rule 6 of the Federal Rules of Civil Procedure allows the Court, for cause shown, to enlarge time to complete an action.

8. The fact that HUD has not yet appeared in the action is good cause to enlarge the time to file the scheduling report.

9. Plaintiff would request that the Court allow an additional thirty (30) days from the current deadline of March 31, 2000 for the parties to conduct a scheduling conference and submit a scheduling report.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting Plaintiff's motion for enlargement of time in which to file a scheduling report.

I HEREBY CERTIFY that a copy of the foregoing was mailed to: **WILLIAM SPENCER, ESQUIRE**, Ellis, Spencer & Butler, Attorneys for Defendants, 4601 Sheridan Street, Hollywood, Florida 33021 and **CHARLES J. BARTLETT, ESQUIRE** and **JASON A. LESSINGER, ESQUIRE**, Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., Attorneys for Plaintiff, 2033 Main Street, Suite 600, Sarasota, Florida 34237 and **DAVID TRENCH, ESQUIRE**, Bilzin, Sumberg, Dunn, Price & Axelrod, LLP, Attorneys for Condor One, 2500 First Union Financial Center, 200 South Biscayne Boulevard, Miami, FL 33131 on this 30th day of February, 2000.

BUNNELL, WOULFE, KIRSCHBAUM,
  KELLER, COHEN & McINTYRE, P.A.
Co-Counsel for Plaintiff
Post Office Drawer 030340
888 E. Las Olas Boulevard, Suite 400
Ft. Lauderdale, FL 33303-0340
(954) 761-8600

By: _____
RICHARD T. WOULFE
Florida Bar No.: 222313