O29/99-370   UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership, as limited partner of,
and on behalf of OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

    Plaintiff,

vs.

OAKLAND LAKES, LTD., a
Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD,
THE SECRETARY OF HOUSING AND URBAN
DEVELOPMENT, and CONDOR ONE, INC., a
Delaware Corporation,

    Defendants.
_____/



**AGREED ORDER ON
PLAINTIFF'S MOTION TO ENLARGE
TIME TO SUBMIT JOINT SCHEDULING
REPORT**

THIS CAUSE, having come on to be heard upon Plaintiff's Motion to Enlarge Time to Submit Joint Scheduling Report and all parties having agreed to same, and this Court having been fully advised in the premises, it is thereupon

ORDERED and ADJUDGED that Plaintiff's Motion be, and the same is hereby granted. The parties to this action shall have up to and including April 30, 2000, in which to conduct a scheduling conference and submit a Scheduling Report.

DONE and ORDERED at Miami, Dade County, Florida, this 4 day of April, 2000.

MAGISTRATE JUDGE WILLIAM C. TURNOFF
U.S. DISTRICT JUDGE

Copies furnished to:
William Spencer, Esquire
Charles J. Bartlett, Esquire
Jason A. Lessinger, Esquire
David Trench, Esquire
Richard T. Woulfe, Esquire

1