



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

       Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

       Defendants.
_____/

### APPLICATION FOR ADMISSION PRO HAC VICE OF JASON A. LESSINGER

Jason A. Lessinger hereby respectfully requests that this Court enter an order admitting him to appear and participate in this action pro hac vice as counsel for Plaintiff, 813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership, as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership, and in support of this motion Jason A. Lessinger respectfully shows that:

1

1.  He is currently an associate at the law firm of Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A. in Sarasota, Florida and is a member in good standing of the State Bar of Florida. He is admitted to practice before the Supreme Court of Florida and is admitted to practice in the United States District Court for the Middle District of Florida.

2.  He is not admitted to practice in the United States District Court for the Southern District of Florida.

3.  He hereby designates Richard T. Woulfe, Esquire of the law firm of Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., 888 E. Las Olas Blvd., Suite 400, Ft. Lauderdale, FL 33303, as a member of the trial bar of this Court with whom the Court and opposing counsel may readily communicate and upon whom papers may be served.

4.  He further certifies that he has studied the local rules of the United District Court for the Southern District of Florida.

WHEREFORE, Jason A. Lessinger, respectfully requests this Honorable Court to enter an order admitting him to appear and participate in this action pro hac vice as counsel for Plaintiff herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: **WILLIAM SPENCER, ESQ.**, 4601 Sheridan Street, Hollywood, Florida 33021 and **DAVID TRENCH, ESQ.**, 2500 First Union Financial Center, Miami, FL 33131-2336, this _____ day of _____, 2000.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, COHEN & McINTYRE, P.A.
P. O. Drawer 030340
888 E. Las Olas Blvd., Suite 400
Ft. Lauderdale, FL 33303-0340
Telephone: 954-761-8600
Counsel for Plaintiff

By: _____
RICHARD T. WOULFE
Florida Bar No. 222313

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, Florida 34237
Telephone: 941/366-8100
Attorneys for Plaintiff

By: _____
JASON A. LESSINGER
Florida Bar No. 0091601