UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership, as limited partner of,
and on behalf of OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

CASE NO.: 00-6147 CIV-LENARD

Magistrate Turnoff

      Plaintiff,

vs

OAKLAND LAKES, LTD., a
Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD,
THE SECRETARY OF HOUSING AND URBAN
DEVELOPMENT, and CONDOR ONE, INC., a
Delaware Corporation,



FILED by _____ D.C.

APR 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA.

      Defendants.
_____/

### AGREED ORDER ON
### MOTIONS FOR ADMISSION PRO HAC VICE OF
### JASON A. LESSINGER

THIS CAUSE having come before the Court on the Plaintiff's Motion for Admission *Pro Hac Vice* of Jason A. Lessinger as counsel for Plaintiff, 813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP. The Court having reviewed the Motions and all counsel having agreed and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED that said Motions be and it is hereby Granted. Jason A. Lessinger is admitted as counsel *pro hac vice* for the Plaintiff and shall be copied on all pleadings

813268 ONTARIO, INC., etc. v. OAKLAND LAKES, LTD.
CASE NO.: 00-6147-CIV-LENARD/TURNOFF

and correspondence at Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., 2033 Main Street, Suite 600, Sarasota, FL 34237; (941/366-8100).

DONE AND ORDERED in chambers in Miami, Florida, on this 17 day of April, 2000.

　　　　　　　　　　　　　　　　　　　　　　　　　　Jean A. Lenard
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Copies furnished to:
William Spencer, Esquire
David Trench, Esquire
Richard T. Woulfe, Esquire
Jason A. Lessinger, Esquire
Robert E. Messick, Esquire