UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;
    Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,
    Defendants.
_____/

### PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE ITS MEMORANDUM OF LAW IN OPPOSITION TO THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT'S MOTION TO DISMISS

Plaintiff, 813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership, as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership, ("Oakland Park"), by and through its undersigned attorneys, files this motion to extend time to serve its memorandum of law in opposition to The Secretary of Housing and Urban Development's ("HUD") Motion to Dismiss, and as grounds therefor would show:

1.    Plaintiff filed suit on January 31, 2000.

2. Pursuant to Federal Rule of Civil Procedure 12(a), HUD had until April 17, 2000 to answer the complaint.

3. HUD served its Motion to Dismiss on April 10, 2000, thereby requiring Plaintiff to file a memorandum in opposition no later than April 27, 2000.

4. Jason A. Lessinger, the attorney for Plaintiff, who is responsible for preparing the memorandum in opposition, suffered a physical injury which has prohibited him from devoting the time necessary to complete the opposing memorandum within the time required for service of same.

5. Due to the injury suffered by Plaintiff's counsel, good cause exists to extend the time within which Plaintiff has to serve a memorandum of law in opposition to HUD's Motion to Dismiss until May 19, 2000.

6. Counsel for Plaintiff spoke to William Healy, counsel for HUD, who advised that he has no objection to an extension of time until May 19, 2000.

WHEREFORE, Plaintiff would respectfully request that this Court enter an order extending the time in which Plaintiff has to file a memorandum in opposition to HUD's Motion to Dismiss until May 19, 2000.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: **WILLIAM S. SPENCER, ESQ.**, 4601 Sheridan Street, Hollywood, Florida 33021, **DAVID W. TRENCH, ESQ.**, 2500 First Union Financial Center, Miami, FL 33131-2336, **WILLIAM C. HEALY, ESQ.**, 99 N.E. 4th Street, Third Floor/civil Division, Miami, FL 33132-2111, and **RICHARD T. WOULFE, ESQ.**, P.O. Drawer 03040, 888 E. Las Olas Blvd., Suite 400 Ft. Lauderdale, FL 33303-0340, this 27th day of April, 2000.

Respectfully submitted,

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, FL 34237
Telephone: (941) 366-8100
Attorneys for Plaintiff

By: _____
ROBERT E. MESSICK
Florida Bar No. 31477
JASON A. LESSINGER
Florida Bar No. 0091601