UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;
        Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,
        Defendants.
_____/



FILED by ___ D.C.
MAY 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA.

### ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE ITS MEMORANDUM OF LAW IN OPPOSITION TO THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT'S MOTION TO DISMISS

THIS CAUSE, having come before the Court on Plaintiff's Motion to Extend Time to Serve its Memorandum of Law in Opposition to The Secretary of Housing and Urban Development's Motion to Dismiss, and the Court, having reviewed the Motion, and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1.    The Motion to Extend Time to Serve its Memorandum of Law in Opposition to The Secretary of Housing and Urban Development's Motion to Dismiss is hereby granted.

2.  Plaintiff has until May 19, 2000 to file its Memorandum of Law in Opposition to the Secretary of Housing and Urban Development's Motion to Dismiss.

DONE AND ORDERED in Chambers in Miami, Florida, on this _3_ day of ___May___, 2000

 _____
 U.S. District Court Judge

Copies furnished to:

William Spencer, Esq.
David Trench, Esq.
Richard T. Woulfe, Esq.
William Healy, Esq.
Jason A. Lessinger, Esq.
Robert E. Messick, Esq.

F:\USERS\CJB\CJBC\OAKLAND\HUD-FED.CT\ORD-MOT.EXT