UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



Case No. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;
        Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,
        Defendants.
_____/

## SCHEDULING REPORT OF PARTIES

As Required by Rule 16.1(B) of the Local Rules for the Southern District of Florida and the Court's March 3, 2000 Order directing the parties to file a Joint Scheduling Report, the parties to the action, Plaintiff 813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, and Defendants, OAKLAND LAKES, LTD., a Florida Limited Partnership, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC., ROBERT E. SCHULER, as General Partners of OAKLAND LAKES, LTD., CONDOR ONE, INC. ("Condor"), and THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT ("HUD"), met through their respective counsel by telephone conference on April 27, 2000 to address those matters reflected in the Court's order. In attendance were:

NON-COMPLIANCE OF S.D. fla. L.R. 5.1A.1

| | |
|---|---|
| ROBERT E. MESSICK, ESQ.<br>Florida Bar #31477<br>JASON A. LESSINGER, ESQ.<br>Florida Bar #0091601<br>ICARD, MERRILL, CULLIS, TIMM,<br> FUREN & GINSBURG, P.A.<br>2033 Main Street, Suite 600<br>Sarasota, Florida  34237<br>Telephone: (941) 366-8100<br>Attorneys for Plaintiff | WILLIAM HEALY, ESQ.<br>Florida Bar #0848395<br>JUD McNATT, ESQ.<br>U.S. ATTORNEY'S OFFICE<br>99 N.E. 4th Street<br>Third Floor/civil Division<br>Miami, FL  33132-2111<br>Telephone: (305) 961-9438<br>Attorney for HUD |
| DAVID W. TRENCH, ESQ.<br>Florida Bar #202975<br>BILZIN, SUMBERG, DUNN,<br> PRICE & AXELROD, L.L.P.<br>First Union Financial Center<br>200 S. Biscayne Blvd., Ste 2500<br>Miami, FL  33131<br>Telephone: 305-374-7580<br>Attorneys for Condor One, Inc. | WILLIAM S. SPENCER, ESQ.<br>Florida Bar #100310<br>ELLIS, SPENCER & BUTLER<br>4601 Sheridan St., Suite 505<br>Hollywood, FL 33021<br>Telephone: 954-986-2291<br>Attorneys for Oakland Lakes, Ltd. |

1. The parties agreed to the following dates as deadlines in this cause:

   a. November 1, 2000 — Deadline for Plaintiff to amend pleadings to assert additional claims against Defendants Condor or HUD and for Condor or HUD to assert additional claims against Plaintiff.

   b. December 1, 2000 — Deadline for Plaintiff to add new parties or file additional claims against Defendants Oakland Lakes, William O. Brisben, W.O. Brisben Companies, Inc. and Robert Schuler ("the Brisben Defendants"), and for the Brisben Defendants to file additional claims against Plaintiff, unless said claims are otherwise settled and/or released between the parties.

   c. January 15, 2001 — Date by which all parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial.

| | | |
|---|---|---|
| d. | February 1, 2001 | Date by which all fact discovery must be completed other than for those witnesses addressed in sub-paragraph e. |
| e. | March 1, 2001 | Discovery deadline for any witnesses not disclosed or identified until January 15, 2001. |
| f. | March 1, 2001 | Plaintiff must furnish expert witness lists to Defendants, along with summaries/reports required by Local Rule 16.1(K). |
| g. | April 1, 2001 | All Defendants must furnish expert witness lists to Plaintiff, along with summaries/reports required by Local Rule 16.1(K). |
| h. | April 15, 2001 | All expert discovery must be completed. |
| i. | May 1, 2001 | Date by which mediation shall be completed. |
| j. | May 1, 2001 | Date for pre-trial conference. |
| k. | May 15, 2001 | Date by which all dispositive pre-trial motions and memoranda of law must be filed, as well as any motions to exclude or limit proposed expert testimony. |
| l. | June 1, 2001 | Case to be ready for Trial |

3.  The parties discussed the possibility of settlement, and would advise the Court that settlement of the matter is plausible in the next ninety (90) days. The principals of Plaintiff and the principals of Defendant, Oakland Lakes, Ltd., have entered into a settlement agreement in a separate state court action, which may include resolution of this Federal Court litigation as well.

4. The parties have agreed that this case, in its current posture, should be considered a standard track case with an estimated time for trial of 3 to 5 days.

5. The likelihood of appearance in this action of additional parties is at this time, remote.

6. The parties did not develop any proposals for the formulation and simplification of issues or the elimination of any frivolous claims or defenses.

7. The parties discussed the most expeditious manner of exchanging documents and the fact that the documents in this case are maintained in several different states, including Florida, Texas, Ohio and Ontario, Canada, as well as the possibility of conducting productions with all parties present to avoid the necessity of multiple trips to document locations. The parties were unable to address the possibility of obtaining admissions of fact and/or documents which would avoid unnecessary proof at this time.

8. The counsel listed in paragraph 1 have reviewed the form of this scheduling report, had the opportunity to make additions or changes and have consented to its form as filed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: **WILLIAM S. SPENCER, ESQ.**, 4601 Sheridan Street, Hollywood, Florida 33021, **DAVID W. TRENCH, ESQ.**, 2500 First Union Financial Center, Miami, FL 33131-2336, **WILLIAM C. HEALY, ESQ.**, 99 N.E. 4th Street, Third Floor/civil Division, Miami, FL 33132-2111, and **RICHARD T. WOULFE, ESQ.**, P.O. Drawer 03040, 888 E. Las Olas Blvd., Suite 400 Ft. Lauderdale, FL 33303-0340, this __1st__ day of May, 2000.

ICARD, MERRILL, CULLIS, TIMM,
 FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, Florida 34237
Telephone: (941) 366-8100
Attorneys for Plaintiff

By: _____
ROBERT E. MESSICK
Florida Bar #31477
JASON A. LESSINGER
Florida Bar #0091601

F:\USERS\CJB\CJBC\OAKLAND\HUD-FED CT\SCH-RPT