UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC. as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership; as limited partner of,
and on behalf of OAKLAND LAKES,
LTD., a Florida Limited Partnership,

    Plaintiff,

vs

OAKLAND LAKES, LTD., a Florida
Limited Partnership, WILLIAM O.
BRISBEN, W. O. BRISBEN COMPANIES,
INC., and ROBERT E. SCHULER, as
General partners of OAKLAND LAKES,
LTD., THE SECRETARY OF HOUSING
AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware
corporation,

    Defendant.
_____/



FILED by _____ D.C.

MAY 2 4 2000

CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. M...

**ORDER DIRECTING PLAINTIFF'S COUNSEL TO SUBMIT
PROPOSED ORDER SCHEDULING MEDIATION**

THIS CAUSE is before the Court on <u>sua sponte</u>. After review of the file, being duly advised in the premises, and pursuant to Federal Rule of Civil Procedure 16(c)(9) and Southern District Local Rule 16.2, it is hereby

**ORDERED** as follows:

1. The Court's May 5, 2000 Order of Referral to Mediation and Directing Parties to Submit Proposed Order Scheduling Mediation (D.E. #33) ordered all parties to participate in mediation, to

Case No. 00-6147-CIV-LENARD/TURNOFF

be completed no later than December 31, 2001.

2. A place, date and time for mediation convenient to the mediator, counsel of record, and unrepresented parties shall now be established. **Counsel for the Plaintiff shall complete the form order attached and submit it to the Court on or before June 7, 2000.**

**FAILURE TO COMPLY with this Order will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 24 day of May, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:   U. S. Magistrate William C. Turnoff

Richard T. Woulfe, Esq.
Bunnell, Woulfe, Kirschbaum, Keller, et al.
P.O. Drawer 030340
888 E. Las Olas Boulevard, Suite 400
Ft. Lauderdale, FL 33303-0340

Robert E. Messick, Esq.
Icard, Merrill, Cullis, et al.
2033 Main Street, Suite 600
Sarasota, FL 34237

William S. Spencer, Esq.
Ellis, Spencer & Butler
4601 Sheridan
Hollywood, FL 33021

David W. Trench, Esq.
Bilzin Sumberg Dunn, et al.
2500 First Union Financial Center
Miami, FL 33131-2336

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC. as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership; as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership,

    Plaintiff,

vs

OAKLAND LAKES, LTD., a Florida Limited Partnership, WILLIAM O. BRISBEN, W. O. BRISBEN COMPANIES, INC., and ROBERT E. SCHULER, as General partners of OAKLAND LAKES, LTD., THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, and CONDOR ONE, INC., a Delaware corporation,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with _____ _____ on _____, 200__, at _____.m., at _____, Florida.

Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

Case No. 00-6147-CIV-LENARD/TURNOFF

**DONE AND ORDERED** at Miami, Florida, this ___ day of _____, 2000.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

cc:   U. S. Magistrate William C. Turnoff

Richard T. Woulfe, Esq.
Bunnell, Woulfe, Kirschbaum, Keller, et al.
P.O. Drawer 030340
888 E. Las Olas Boulevard, Suite 400
Ft. Lauderdale, FL 33303-0340

Robert E. Messick, Esq.
Icard, Merrill, Cullis, et al.
2033 Main Street, Suite 600
Sarasota, FL 34237

William S. Spencer, Esq.
Ellis, Spencer & Butler
4601 Sheridan
Hollywood, FL 33021

David W. Trench, Esq.
Bilzin Sumberg Dunn, et al.
2500 First Union Financial Center
Miami, FL 33131-2336