UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

813268 ONTARIO, INC., et al.

      Plaintiff,

CASE NO: 00 6147 CIV LEONARD

vs

NOTICE OF MEDIATION

OAKLAND LAKES, LMTD, et al.

      Defendant,

_____/

**YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties, a Mediation Conference shall be held in this case before Alvin Capp, Esquire of Mediation, Inc., NationsBank Tower, 18th Floor, 100 Southeast Third Avenue, Fort Lauderdale, FL 33394 on May 22, 2001 at 10:00 AM. Any correspondance with the Mediator shall be directed to Mediation, Inc., PO Box 4978, Fort Lauderdale, Florida, 33338, FAX (954)767-0505. **7.00 hours have been reserved.**

"If you are a person with a disability who needs any accomodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administration Office of Mediation, Inc., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394, Telephone (954) 764-1000 or (800) 741-7000, within two (2) working days of the receipt of this Notice of Mediation."

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 23rd day of May, 2000.

MEDIATION, INC.

By _____

**JAMES B. CHAPLIN, ESQUIRE**
Florida Bar Number 110628
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
            (800) 741-7000