UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

　　　　　　Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

　　　　　　Defendants.
_____/



## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Alvin Capp acting as mediator, on May 22, 2001, at 10:00 a.m., at Mediation, Inc., 100 N.E. 3rd Avenue, Fort Lauderdale, Florida.

Within five (5) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.



DONE AND ORDERED at Miami, Florida, this 25 day of May, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:

Robert E. Messick, Esq.
Jason A. Lessinger, Esq.
2033 Main Street, Suite 600
Sarasota, FL 34237

William S. Spencer, Esq.
4601 Sheridan Street
Hollywood, FL 33021

David W. Trench, Esq.
First Union Financial Center
200 South Biscayne Blvd.
Suite 2500
Miami, FL 33131-2336

William C. Healy, Esq.
99 N.E. 4th Street
Third Floor/civil Division
Miami, FL 33132-2111

Richard T. Woulfe, Esq.
P.O. Drawer 03040
888 E. Las Olas Blvd.
Suite 400
Ft. Lauderdale, FL 33303-0340

Alvin Capp
Mediation, Inc.
100 N.E. 3rd Ave.
Fort Lauderdale, FL 33301-0117

F:\USERS\CJB\CJBC\OAKLAND\HUD-FED.CT\ORDER.MED