UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NIGHT BOX FILED
AUG 29 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership, as limited partner of
OAKLAND LAKES, LTD., a Florida
Limited Partnership,

      Plaintiff,

vs.

CASE NO.   00-6147 CIV-LENARD
(Magistrate Judge Turnoff)

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN, W.O.
BRISBEN COMPANIES, INC., and ROBERT
E. SCHULER, individually and as General
partners of OAKLAND LAKES, LTD., THE
SECRETARY OF HOUSING AND URBAN
DEVELOPMENT, and CONDOR ONE,
INC., a Delaware Corporation,

      Defendants.
_____\

**NOTICE OF FILING STIPULATION AND AGREEMENT FOR ENTRY OF
ORDER OF DISMISSALS WITH PREJUDICE
AS TO DEFENDANTS, OAKLAND LAKES, LTD., A FLORIDA
LIMITED PARTNERSHIP, WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., AND ROBERT E. SCHULER, INDIVIDUALLY
AND AS GENERAL PARTNERS AND/OR LIMITED PARTNER(S) OF
OAKLAND LAKES, LTD., AND RESPECTIVE
COUNTERCLAIMS**

Plaintiff, 813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership; as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership, by and through its undersigned attorneys, hereby gives notice of filing the Stipulation and Agreement for Entry of Order of Dismissals with Prejudice as to Defendants, OAKLAND LAKES, LTD., a Florida Limited Partnership, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC., and ROBERT E. SCHULER, individually and/or as General Partners of OAKLAND LAKES, LTD., and respective Counterclaims.

NON-COMPLIANCE OF S.D. Fla. L.R. 3.1(A)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by overnight courier this ___ day of August 2000, to: RICHARD T. WOULFE, ESQ., Bunnell, Woulfe, et al, co-counsel for Plaintiff, 888 East Las Olas Blvd., 4th Floor, Ft. Lauderdale, Florida 33301; and to WILLIAM SPENCER, ESQ., Ellis, Spencer & Butler, attorney for Defendants, 4601 Sheridan Street, Hollywood, Florida 33021 and by U.S. Mail to DAVID W. TRENCH, ESQ., 2500 First Union Financial Center, Miami, FL 33131-2336, WILLIAM C. HEALY, ESQ., 99 N.E. 4th Street, Third Floor/Civil Division, Miami, FL 33132-2111,.

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, Florida 34237
941/366-8100

_____
CHARLES J. BARTLETT, ESQ.
Florida Bar No. 273422
Attorneys for Plaintiff

## EXHIBIT G-2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| 813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership; as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership, | Case Number: 00-6147-CIV-LENARD (Magistrate Judge Turnoff) |
| Plaintiff, | |
| vs. | |
| OAKLAND LAKES, LTD., a Florida Limited Partnership, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC., and ROBERT E. SCHULER, individually and as General Partners of OAKLAND LAKES, LTD., THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, and CONDOR ONE, INC., a Delaware Corporation, | |
| Defendants. _____/ | |

### STIPULATION AND AGREEMENT FOR ENTRY OF ORDER OF DISMISSALS WITH PREJUDICE AS TO DEFENDANTS, OAKLAND LAKES, LTD., A FLORIDA LIMITED PARTNERSHIP, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC., AND ROBERT E. SCHULER, INDIVIDUALLY AND AS GENERAL PARTNERS AND/OR LIMITED PARTNER(S) OF OAKLAND LAKES, LTD. AND RESPECTIVE COUNTERCLAIMS

The undersigned, as counsel for the respective parties, do hereby stipulate to dismissal of this action with prejudice as to Defendants, OAKLAND LAKES, LTD., a Florida Limited Partnership, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC., and ROBERT E. SCHULER, individually and as General Partners and/or Limited Partner(s) of OAKLAND LAKES, LTD., and as to said Defendants' Counterclaim against Plaintiff, each party to bear its own attorneys' fees and

Document Number 76122-1

costs incurred herein, and would show to the Court that the parties have resolved all matters in this litigation amicably between themselves in accordance with the terms and provisions of that certain Settlement Agreement dated April 10, 2000 and Settlement Agreement and Addendum thereto dated the 30th day of June, 2000 and entered into in Case No. 99-10831 CACE (13) in the Circuit Court of the Seventeenth Judicial Circuit.

Dated: 6/30/00

_____
WILLIAM S. SPENCER, ESQ.
ELLIS, SPENCER & BUTLER PLC
Emerald Hills Executive Plaza I
4601 Sheridan Street, Suite 505
Hollywood, Florida 33021-3412
954/986-2291

Dated: 6-30-00

_____
ROBERT MESSICK, ESQ.
ICARD, MERRILL, CURTIS, TIMM, FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, Florida 34237
941/366-8100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf of
OAKLAND LAKES, LTD., a Florida Limited
Partnership,

Case Number: 00-6147-CIV-LENARD
(Magistrate Judge Turnoff)

Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN, W.O.
BRISBEN COMPANIES, INC., and ROBERT E.
SCHULER, individually and as General Partners of
OAKLAND LAKES, LTD., THE SECRETARY OF
HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

Defendants.
_____/

### AGREED ORDER OF DISMISSAL OF PLAINTIFF'S ACTION AGAINST, OAKLAND LAKES, LTD., A FLORIDA LIMITED PARTNERSHIP, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC., ROBERT E. SCHULER, INDIVIDUALLY AND AS GENERAL PARTNERS OF OAKLAND LAKES, LTD., AND DEFENDANTS' COUNTERCLAIM VS. PLAINTIFF

This cause came before the Court on the stipulation of counsel for the parties for dismissal with prejudice as to Oakland Lakes, Ltd., a Florida Limited Partnership, William O. Brisben, W.O. Brisben Companies, Inc., and Robert E. Schuler, individually and as General Partners of Oakland Lakes, Ltd., and the Court being duly advised in the premises, it is:

**ORDERED AND ADJUDGED**, Plaintiff's action(s) against Oakland Lakes, Ltd., a Florida Limited Partnership, William O. Brisben, W.O. Brisben Companies, Inc., and Robert E. Schuler, individually and as General Partners of Oakland Lakes, Ltd., and as further set forth in Counts I and IV is hereby dismissed with prejudice and said Defendants' Counterclaim is similarly dismissed with

Document Number: 76122-1

prejudice, each party to bear its respective attorneys' fees and costs.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ____ day of June, 2000.

_____
U.S. DISTRICT COURT JUDGE

cc:   Robert Messick, Esq.
      William S. Spencer, Esq.

Document Number 76122-1