UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf of
OAKLAND LAKES, LTD., a Florida Limited
Partnership,

Case Number: 00-6147-CIV-LENARD
(Magistrate Judge Turnoff)

           Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN, W.O.
BRISBEN COMPANIES, INC., and ROBERT E.
SCHULER, individually and as General Partners of
OAKLAND LAKES, LTD., THE SECRETARY OF
HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,



FILED by ___ D.C.

AUG 3 1 2000

           Defendants.
_____/

### AGREED ORDER OF DISMISSAL OF PLAINTIFF'S ACTION AGAINST, OAKLAND LAKES, LTD., A FLORIDA LIMITED PARTNERSHIP, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC., ROBERT E. SCHULER, INDIVIDUALLY AND AS GENERAL PARTNERS OF OAKLAND LAKES, LTD., AND DEFENDANTS' COUNTERCLAIM VS. PLAINTIFF

    This cause came before the Court on the stipulation of counsel for the parties for dismissal with prejudice as to Oakland Lakes, Ltd., a Florida Limited Partnership, William O. Brisben, W.O. Brisben Companies, Inc., and Robert E. Schuler, individually and as General Partners of Oakland Lakes, Ltd., and the Court being duly advised in the premises, it is:

    **ORDERED AND ADJUDGED**, Plaintiff's action(s) against Oakland Lakes, Ltd., a Florida Limited Partnership, William O. Brisben, W.O. Brisben Companies, Inc., and Robert E. Schuler, individually and as General Partners of Oakland Lakes, Ltd., and as further set forth in Counts I and IV is hereby dismissed with prejudice and said Defendants' Counterclaim is similarly dismissed with

Document Number 76122-1

prejudice, each party to bear its respective attorneys' fees and costs.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 3/ day of June, 2000.

_____
U.S. DISTRICT COURT JUDGE

cc: Robert Messick, Esq.
    William S. Spencer, Esq.