UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CIV-LENARD/Turnoff

| | |
|---|---|
| 813268 ONTARIO, INC, AS GENERAL PARTNER OF OAKLAND PARK (FLORIDA LIMITED PARTNERSHIP, AN ONTARIO LIMITED PARTNERSHIP OF AND ON BEHALF OF OAKLAND LAKES. LTD., A FLORIDA LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, AND CONDOR ONE, INC., A DELAWARE CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANT HUD'S RESPONSE TO MOTION TO AMEND COMPLAINT

The defendant, the Secretary of Housing and Urban Development (hereinafter "HUD"), by and through the undesigned Assistant United States Attorney, files its response to Plaintiffs' Motion to Amend Its complaint To Assert Additional Claims and states as follows:

1.   Pursuant to the Order Adopting Joint Scheduling Report which set November 1, 2000 as the final date to amend the complaint and the Plaintiffs having mailed their motion to

Amend on November 1, 2000, HUD does not object to the filing of the Amended Complaint.

                    Respectfully submitted,

                    GUY A. LEWIS
                    UNITED STATES ATTORNEY

By: *[signature]*
WILLIAM C. HEALY
Assistant United States Attorney
Florida Bar No. 0848395
99 N.E. 4th Street
Miami, Florida 33132
TEL: (305) 961-9438
FAX: (305) 530-7139

Of Counsel
Jud E. McNatt
Trial Attorney
U.S. Department of Housing
and Urban Development
40 Marietta Street
Atlanta, GA 30303-2806

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 16th day of November 2000, to David W. Trench, Esq., Bilzin Sumberg Dunn Price & Axelrod, L.L.P., 2500 First Union Financial Center 200 South Biscayne Boulevard, Miami, Florida 33131; Richard T. Woulfe, Esq., Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., P.O. Drawer 030340, 888 Las Olas Boulevard, Suite 400, Ft. Lauderdale, Florida 33303-0304 and Robert E. Messick, Esq., Icard, Merrill, Cullis, Timm, Furen & Ginsberg, P.A. 2033 Main Street, Suite 600, Sarasota, Florida 34237.

WILLIAM C. HEALY
Assistant U.S. Attorney