UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6147-CIV-LENARD/Turnoff

813268 ONTARIO, INC., as General )
Partner of OAKLAND PARK (FLORIDA) )
LIMITED PARTNERSHIP, an Ontario )
Limited Partnership of and on )
behalf of OAKLAND LAKES, LTD., )
a Florida Limited Partnership, )
                                          )
      Plaintiff, )
                                          )
v. )
                                          )
OAKLAND LAKES, LTD., a Florida )
Limited Partnership, WILLIAM O. )
BRISBEN, W.O. BRISBEN COMPANIES, )
INC., and ROBERT E. SCHULER, as )
General Partners of OAKLAND )
LAKES, LTD.; THE SECRETARY OF )
HOUSING AND URBAN DEVELOPMENT, )
and CONDOR ONE, INC., a Delaware )
Corporation, )
                                          )
      Defendants. )
_____ )



## DEFENDANT CONDOR ONE, INC.'S RESPONSE
## TO MOTION TO AMEND COMPLAINT

Defendant, Condor One, Inc., by and through the undersigned counsel, states that it does not oppose Plaintiff's Motion to Amend its Complaint.

\72655\13375\#323212 v1
11/20/2000

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP
2500 FIRST UNION FINANCIAL CENTER • MIAMI, FLORIDA 33131-2336

**Bilzin Sumberg Dunn Baena Price & Axelrod LLP**
Counsel for Defendant Condor One, Inc.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: _____
   DAVID W. TRENCH
   Florida Bar No. 202975

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing has been furnished via U.S. Mail on this 20th day of November, 2000 to: William C. Healy, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132; Jud E. McNatt, Trial Attorney, U.S. Department of Housing and Urban Development, 40 Marietta Street, Atlanta, Georgia 30303-2806; Richard T. Woulfe, Esq., Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., P.O. Drawer 030340, 888 Las Olas Boulevard, Suite 400, Ft. Lauderdale, Florida 33303-0304 and Robert E. Messick, Esq., Icard, Merrill, Cullis, Timm, Furen & Ginsberg, P.A., 2033 Main Street, Suite 600, Sarasota, Florida 34237.

_____
DAVID W. TRENCH