UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC, AS GENERAL
PARTNER OF OAKLAND PARK
(FLORIDA) LIMITED PARTNERSHIP,
AN ONTARIO LIMITED PARTNERSHIP
OF AND ON BEHALF OF OAKLAND
LAKES, LTD., A FLORIDA PARTNERSHIP,

    Plaintiff,

vs.

THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, AND CONDOR
ONE, INC., A DELAWARE CORPORATION,

    Defendant.
_____/



## ORDER GRANTING MOTION TO AMEND COMPLAINT

**THIS CAUSE** is before the Court on Plaintiff's Motion to Amend Complaint (D.E. 44), filed November 6, 2000. On November 17, 2000, Defendant, the Secretary of Housing and Urban Development, filed a Response to Plaintiff's Motion to Amend Complaint (D.E. 46). In its Response, Defendant stated that it has no objection to the filing the Amended Complaint. Based on the Court's review of the Motion, the Response and the record in this case, it is therefore



**ORDERED AND ADJUDGED** that Plaintiff's Motion to Amend Complaint (D.E. 44), filed November 6, 2000 is **GRANTED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 21 day of November, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:

U.S. Magistrate Judge Turnoff

David W. Trench, Esq.
Bilzen, Sumberg, Dunn, Price & Axelrod, LLP
2500 First Union Financial Center
200 Biscayne Blvd.
Miami, FL 33131

Richard T. Woulfe, Esq.
Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A.
P.O. Brawer 030340
888 Las Olas Blvd., Suite 400
Ft. Lauderdale, FL 33303-0304

Robert E. Messick, Esq.
Icard, Merrill, Cullis, Timm, Furen & Ginsberg, P.A.
2033 Main Street, Suite 600
Sarasota, FL 34237

AUSA William C. Healy