UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**COPY**

FILED BY _____ D.C.

00 DEC -4 AM 10:54

CLARENCE MADDOX
CLERK, USDC
S.D. OF FLA - MIAMI

Case No. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;
    Plaintiff,

(Bankruptcy Case: In re Oakland
Lakes, Ltd., Case No. 00-25351-
BKC-RBR, Fort Lauderdale Division)

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,
    Defendants.
_____/

**00- 2530 BKC-RBR-A**



## NOTICE OF REMOVAL PURSUANT TO FED. R. BANKR. P. 9027

Plaintiff, 813268 Ontario, Inc., as General Partner of Oakland Park (Florida) Limited Partnership, an Ontario limited partnership, as limited partner of and on behalf of Oakland Lakes, Ltd., a Florida Limited Partnership ("Oakland Lakes" or "Debtor"), by and through the undersigned counsel, hereby files this Notice of Removal of the within adversary proceeding to be referred to the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division. In support thereof, Plaintiff respectfully states as follows:

    1.    On or about January 31, 2000, Plaintiff filed a Complaint against, among other defendants, the Secretary of Housing and Urban Development ("HUD") and Condor One, Inc. ("Condor"), seeking declaratory relief under certain loan documents between Oakland Lakes and HUD (the "Adversary"). In the Adversary, Plaintiff seeks to set aside a certain Provisional Workout

51

Arrangement (the "PWA") between Oakland Lakes and HUD, and the subsequent assignment of the PWA and other loan documents from HUD to Condor. It is the position of Oakland Lakes that HUD, and not Condor, is its appropriate lender.

2. The Adversary was filed as a limited partner derivative action, and named Oakland Lakes and its then general partners, William O. Brisben, W.O. Brisben Companies, Inc. and Robert Schuler (the "Brisben Parties") as defendants. Thereafter, the limited partners entered into a settlement agreement with the Brisben Parties whereby they transferred their interest in Oakland Lakes to the limited partners on June 30, 2000.

3. On August 31, 2000, Oakland Lakes filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The case is currently pending before the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division, Case Number 00-25351-BKC-RBR. Since that time, Oakland Lakes has operated as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

4. On October 24, 2000, the Debtor filed its Plan of Reorganization and Disclosure Statement. The Plan provides for the treatment of the alleged secured and unsecured claims of either Condor or HUD, depending on the outcome of the Adversary. If Condor is determined to be the appropriate party in interest, it will receive treatment of its claims against the bankruptcy estate. Alternatively, if HUD is determined to be the appropriate party in interest, it will receive treatment of its claims against the bankruptcy estate.

5. The Debtor is entitled to remove the Adversary to the Bankruptcy Court pursuant to Fed. R. Bank. P. 9027. Upon removal, the Adversary will be a core proceeding within the meaning of 28 U.S.C. § 157 (b)(A), (K) and (O). Adjudication of the Adversary will resolve the validity, extent and priority of the claims of either Condor or HUD against the estate, will affect the

administration of the bankruptcy estate, and will determine the adjustment of the debtor-creditor relationship as between the Debtor, Condor and HUD.

6. Accompanied with this Notice is a copy of all process and pleadings in the Adversary.

Respectfully submitted this 28th day of November, 2000

> Genovese Lichtman Joblove & Battista, PA
> Counsel to the Debtor
> Bank of America Tower
> 100 SouthEast Second Street 36th floor
> Miami, Florida 33131
> (305) 349-2300
> (305) 349-2310 (telecopier)
>
> By: _____
> John H. Genovese
> Florida Bar # 280852
>
> Glenn D. Moses
> Florida Bar # 174556

X:\Documents\WORK\Oakland Lakes\Pleading\Notice of Removal