# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6147-CIV-LENARD/TURNOFF

**813268 ONTARIO, INC. as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;**

      Plaintiff,

vs.

**OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND URBAN
DEVELOPMENT, and CONDOR ONE, INC.,
a Delaware Corporation,**

      Defendants.

_____/



Case No. 00-7847-CIV-LENARD/TURNOFF

**CONDOR ONE, INC.,
a Delaware corporation,**

      Plaintiff,

vs.

**OAKLAND LAKES LTD.,
a Florida Limited Partnership,**

      Defendant.

_____/

## ORDER CONSOLIDATING ACTIONS

    **THIS CAUSE** is before the Court <u>sua sponte</u>. Upon review of the Complaints in these cases,



and pursuant to Federal Rule of Civil Procedure 42(a), the Court finds these cases involve common questions of law and fact, including the same parties. In the interest of judicial economy these cases shall be consolidated for both pretrial procedures and for trial. Accordingly, it is

**ORDERED AND ADJUDGED** that these cases shall be consolidated. The higher-numbered case, Case No. 00-7847, shall be administratively closed. It is further

**ORDERED AND ADJUDGED** that all non-case dispositive matters in the consolidated case, Case No. 00-6147, shall be referred to U.S. Magistrate Judge William C. Turnoff.

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami, Florida, this _18_ day of January, 2001.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

cc:

U.S. Magistrate Judge William C. Turnoff

David W. Trench, Esq.
2500 First Union Financial Center
200 Biscayne Blvd.,
Miami, FL 33131

Rober E. Messick
Jason A. Lessinger
Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A.
2033 Main Street, Suite 600
Sarasota, FL 34237

Richard T. Woulfe
Bunnell, Wouldfe, Kirschbaum, Keller,
Cohen & McIntyre, P.A.
P.O. Drawer 030340
888 E. Las Olas Blvd., Suite 400
Ft. Lauderdale, FL 33303-0340

2

William S. Spencer, Esq.
Ellis, Spencer, & Butler
4601 Sheridan, Hollywood, FL 33021