UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

    Plaintiff,

v.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLANDS LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

    Defendants.

_____/

## DEFENDANT'S MOTION FOR LEAVE TO FILE
## MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

Defendant, Secretary of Housing and Urban Development, by his attorney, the United States Attorney for the Southern District of Florida, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of Florida, herein requests leave of this Court to file a memorandum of law in excess of twenty pages.

In support of this motion, the defendant states that the Memorandum of Law exceeds the twenty (20) page limit in order to address the numerous complex legal and factual issues raised in the complaint.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: *[signature]*
William C. Healy
Assistant U. S. Attorney
Florida Bar No. 0848395
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9003
Fax: (305) 530-7139

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 19th day of January 2001, to David W. Trench, Esq., Bilzin Sumberg Dunn Price & Axelrod, L.L.P., 2500 First Union Financial Center 200 South Biscayne Boulevard, Miami, Florida 33131; and Robert E. Messick, Esq., Icard, Merrill, Cullis, Timm, Furen & Ginsberg, P.A. 2033 Main Street, Suite 600, Sarasota, Florida 34237.

WILLIAM C. HEALY
Assistant U.S. Attorney