UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

    Plaintiff,

v.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLANDS LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

    Defendants.
_____/



### ORDER

THIS CAUSE is before the Court on the defendant's Motion for Leave to File Memorandum of Law in Excess of Twenty Pages. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the motion is GRANTED.



**DONE AND ORDERED** at Ft. Lauderdale, Florida, this __23__ day of January, 2001.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Joan A. Lenard
　　　　　　　　　　　　　　　　　　　　　　JOAN A. LENARD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　　　William C. Healy, AUSA
　　　　　Robert E. Messick, Esq.