UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;

        Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC., and
ROBERT E. SCHULER, as General Partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

        Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware corporation,

        Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

        Defendant.
_____/

\72655\13375\#333446 v1
1/26/2001

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP
2500 FIRST UNION FINANCIAL CENTER • MIAMI, FLORIDA 33131-2336

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CONDOR ONE, INC.

Condor One, Inc., by and through undersigned counsel and pursuant to this Court's order directing parties to file certificates of interested parties entered January 18, 2001, hereby submits this list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

1. Condor One, Inc.
2. General Electric Capital Corporation
3. General Electric Corporation
4. GE Capital Realty Group, Inc.
5. Douglas Goldrick
6. Locke Liddell & Sapp LLP
7. Greg. A. Lowry, Esq.
8. Bilzin Sumberg Dunn Baena Price & Axelrod LLP
9. David W. Trench, Esq.
10. Scott Baena, Esq.
11. Richard Bernard, Esq.
12. 813268 Ontario, Inc.
13. Oakland Park (Florida) Limited Partnership
14. Oakland Park G.P. Corporation
15. Oakland Lakes, Ltd.

16. Peak Equity Corp.

17. Sol Roter

18. Barnett Gordan

19. Anchor Securities

20. Martin Heppner

21. The Secretary of Housing and Urban Development

22. Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A.

23. Richard T. Woulfe, Esq.

24. Icard, Merrill, Cullis, Timm, Furen & Ginsberg, P.A.

25. Robert E. Messick, Esq.

26. Jason Lessinger, Esq.

       Respectfully submitted,

       **BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP**
       2500 First Union Financial Center
       200 South Biscayne Boulevard
       Miami, Florida 33131
       Telephone: (305) 374-7580
       Facsimile: (305) 374-7593

       By: _____
         David W. Trench
         Florida Bar No. 202975

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail on this 2⁴ day of February, 2001 to: Richard T. Woulfe, Esq., Co-Counsel for Plaintiff, Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., P.O. Drawer 030340, 888 E. Las Olas Boulevard, Suite 400, Ft. Lauderdale, Florida 33303-0340; Robert E. Messick, Esq., Co-Counsel for Plaintiff, Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., 2033 Main Street, Suite 600, Sarasota, Florida 34237; and William Healey, Esq., U.S. Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132.

David W. Trench

\72655\13375\#333446 v1
1/26/2001

4