UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

      Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

      Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware Corporation,

      Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

      Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, 813268 Ontario, Inc., by and through its undersigned counsel, files its Certificate of Interested Parties and Corporate disclosure Statement and certifies that the following are Interested Parties as related to Plaintiff:

1. Oakland Lakes, Ltd., a Florida Limited Partnership.

    A. William O. Brisben, as a Limited Partner of Oakland Lakes Limited.

    B. Robert E. Schuler, as a Limited Partner of Oakland Lakes Limited.

    C. Oakland Park (Florida) Limited Partnership, an Ontario Limited Partnership, as a Limited Partner of Oakland Lakes Limited.

        1.) 813268 Ontario, Inc. as a General and Limited Partner of Oakland Park (Florida) Limited Partnership.

            a. Peak Equity Corp., as a shareholder of 813268 Ontario, Inc.

                i. Barnett Gordon, as a shareholder of Peak Equity Corp.
                ii. Carla Roter, as a shareholder of Peak Equity Corp.
                iii. George Roter, as a shareholder of Peak Equity Corp.
                iv. Raphael Roter, as a shareholder of Peak Equity Corp.
                v. Sol Roter, as a shareholder of Peak Equity Corp.

            b. Anchor Securities, Ltd., as a shareholder of Peak Equity Corp.

                i. Martin Heppner, as a shareholder of Anchor Securities, Ltd.

        2.) Mirror Management Limited, as a Limited Partner of Oakland Park (Florida) Limited Partnership.

    3.)  Orthill Company, as a Limited Partner of Oakland Park (Florida) Limited Partnership

    4.)  The following individuals are limited partners of Oakland Park (Florida) Limited Partnership.

    i.  Dr. David Briant
    ii.  Brian Bucknall
    iii.  Carl Goldenberg
    iv.  Leo Grunberger
    v.  Eric Grundy
    vi.  Marvin Kirshenblatt
    vii.  Stanley Kirshenblatt
    viii.  Larry Kolinsky
    ix.  Dr. Fathi Kozman
    x.  Cuthbert Lewis
    xi.  Dr. Terry Logaridis
    xii.  Mirror Management Limited
    xiii.  Orthill Company
    xiv.  Dr. Irving Soloway
    xv.  Jeannie Tanenbaum
    xvi.  Peter Venton
    xvii.  Brian Westlake
    xviii.  Dr. Rajesh Mohan
    xix.  Dr. Gurnek Kainth
    xx.  Karl Frei
    xxi.  Vincenzo Marinelli
    xxii.  Charles O'Hara
    xxiii.  Dr. Arun Narang
    xxiv.  Tavindra Malhotra

    D.  Oakland Park G.P. Corporation, as general partner of Oakland Lakes Limited.

  2.  Icard, Merrill, Cullis, Timm, Furen, & Ginsburg, P.A.

  3.  Robert E. Messick, Esq.

  4.  Jason A. Lessinger, Esq.

  5  Condor One, Inc.

  6.  General Electric Capital Corporation

7. General Electric Corporation

8. GE Capital Realty Group, Inc.

9. Douglas Goldrick

10. Bilzin Sumberg Dunn Baena Price & Axelrod LLP

11. David W. Trench, Esq.

12. Scott Baena, Esq.

13. Richard Bernard, Esq.

14. The Secretary of Housing and Urban Development

15. Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A.

16. Richard T. Woulfe, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: **DAVID W. TRENCH, ESQ.**, 2500 First Union Financial Center, Miami, FL 33131-2336, **WILLIAM C. HEALY, ESQ.**, 99 N.E. 4th Street, Third Floor/civil Division, Miami, FL 33132-2111, and **RICHARD T. WOULFE, ESQ.**, P.O. Drawer 03040, 888 E. Las Olas Blvd., Suite 400 Ft. Lauderdale, FL 33303-0340, this 7th day of February, 2001.

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, FL 34237
Telephone: (941) 366-8100
Attorneys for Plaintiff

By: _____
ROBERT E. MESSICK
Florida Bar No. 31477
JASON A. LESSINGER
Florida Bar No. 0091601

F:\USERS\CJB\CJBC\OAKLAND\HUD-FED.CT\CERT-INT.PAR