UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

    Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

    Defendants.
_____/



FILED by _____ D.C.

FEB 28 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-7847-CIV-LENARD/TURNOFF
(Consolidated and Administratively Closed)

CONDOR ONE, INC.,
a Delaware Corporation,

    Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

    Defendant.
_____/

## ORDER ON OAKLAND LAKES' MOTION FOR EXTENSION OF TIME TO SERVE ITS MEMORANDUM OF LAW IN OPPOSITION TO CONDOR ONE, INC.'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE, having come before the Court on Oakland Lakes' Motion for Extension of Time to Serve its Memorandum of Law in Opposition to Condor One, Inc's Motion for Summary Judgment, and the Court, having reviewed the motion, and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. Plaintiff's motion for extension of time to serve its memorandum of law is hereby granted.

2. Plaintiff has until March 6, 2001 in which to serve same.

DONE AND ORDERED in the Southern District of Florida, on this 28 day of February, 2001.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

David Trench, Esq.
Richard T. Woulfe, Esq.
William Healy, Esq.
Jason A. Lessinger, Esq.

F:\USERS\CJB\CJBC\OAKLAND\Hud-fed.ct\ORD-EXT.SJ