UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;

        Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC., and
ROBERT E. SCHULER, as General Partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

        Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware corporation,

        Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

        Defendant.
_____/

\72655\13375\#340234 v1
3/14/2001

## JOINT MOTION FOR ADDITIONAL EXTENSION OF TIME TO ALLOW PLAINTIFF TO SERVE ITS MEMORANDUM OF LAW IN OPPOSITION TO CONDOR ONE, INC.'S MOTION FOR SUMMARY JUDGMENT

Plaintiff OAKLAND LAKES, LTD. and Defendant CONDOR ONE, INC., by and through their undersigned attorneys, file this Joint Motion for Extension of Time to Allow Plaintiff to serve its Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, and as grounds therefor would show:

1. Defendant served its Motion for Summary Judgment on February 7, 2001.

2. Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of Florida, Plaintiff had until February 23, 2001 to respond.

3. Counsel for Plaintiff and counsel for Defendant have been discussing a possible settlement of all claims in this case, and hoped to reach and document such possible settlement by March 1, 2001.

4. With Defendant's consent, Plaintiff requested an extension through March 6, 2001 to respond to Defendant's Motion for Summary Judgment which extension was approved by the Court's order of February 28, 2001.

5. Plaintiff and Defendant subsequently required additional time to conclude the settlement discussions.

6. Plaintiff, again with Defendant's consent, prepared and filed a motion for an additional extension of time, which motion was granted by this Court's order dated March 12, 2001, extending the time in which Plaintiff had to serve its memorandum of law until March 12, 2001.

\72655\13375\#340234 v1
3/14/2001

2

7. Counsel for Plaintiff and Counsel for Defendant are still diligently working in an effort to complete a final written settlement.

8. Based on the continued and ongoing settlement efforts by Plaintiff and Defendant, good cause exists to extend the time period within which Plaintiff is required to respond to Defendant's motion for summary judgment.

9. Plaintiff and Defendant, therefore, submit to the Court for its consideration, this joint motion to further extend the time within which Plaintiff may serve a memorandum of law in opposition to Defendant's motion for summary judgment, in the event a settlement is not reached, and respectfully request an extension until and through Monday, March 26, 2001.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order extending the time in which Plaintiff has to serve its memorandum in opposition to Condor's Motion for Summary Judgment until March 26, 2001.

| | |
|---|---|
| **BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP**<br>2500 First Union Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 374-7580<br>Facsimile: (305) 374-7593<br><br>By: _____<br>    David W. Trench<br>    Florida Bar No. 202975 | **ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A.**<br>2033 Main Street<br>Suite 600<br>Sarasota, Florida 34237<br>Telephone: (941) 366-8100<br>Facsimile: (941) 366-6384<br><br>By: _____<br>    **Robert E. Messick**<br>    Florida Bar No. 31477<br>    **Jason A. Lessinger**<br>    Florida Bar No. 0091601 |

7. Counsel for Plaintiff and Counsel for Defendant are still diligently working in an effort to complete a final written settlement.

8. Based on the continued and ongoing settlement efforts by Plaintiff and Defendant, good cause exists to extend the time period within which Plaintiff is required to respond to Defendant's motion for summary judgment.

9. Plaintiff and Defendant, therefore, submit to the Court for its consideration, this joint motion to further extend the time within which Plaintiff may serve a memorandum of law in opposition to Defendant's motion for summary judgment, in the event a settlement is not reached, and respectfully request an extension until and through Monday, March 26, 2001.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order extending the time in which Plaintiff has to serve its memorandum in opposition to Condor's Motion for Summary Judgment until March 26, 2001.

BILZIN SUMBERG DUNN BAENA
PRICE & AXELROD LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: _____
David W. Trench
Florida Bar No. 202975

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street
Suite 600
Sarasota, Florida 34237
Telephone: (941) 366-8100
Facsimile: (941) 366-6384

By: _____
Robert E. Messick
Florida Bar No. 31477
Jason A. Lessinger
Florida Bar No. 0091601

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail on this 14th day of March, 2001 to: **Robert E. Messick, Esq.**, Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., 2033 Main Street, Suite 600, Sarasota, Florida 34237; **Richard T. Woulfe, Esq.**, Co-Counsel for Plaintiff, Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., P.O. Drawer 030340, 888 E. Las Olas Boulevard, Suite 400, Ft. Lauderdale, Florida 33303-0340; and **William Healy, Esq.**, U.S. Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132.

_____
David W. Trench