UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;

    Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC., and
ROBERT E. SCHULER, as General Partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

    Defendants.
_____/

FILED by _____ D.C.
MAR 2 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware corporation,

    Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

    Defendant.
_____/

\72655\13375\#340234 v1
3/14/2001

## ORDER ON JOINT MOTION FOR ADDITIONAL EXTENSION OF TIME TO ALLOW PLAINTIFF TO SERVE ITS MEMORANDUM OF LAW IN OPPOSITION TO CONDOR ONE, INC.'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE, having come before the Court on the Joint Motion of Plaintiff and Defendant for Additional Extension of Time to Allow Plaintiff to Serve its Memorandum of Law in Opposition to Condor One, Inc.'s Motion for Summary Judgment, and the Court having reviewed the motion, and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. Plaintiff's and Defendant's Joint Motion for an Additional Extension of Time to Allow Plaintiff to Serve its Memorandum of Law in Opposition to Condor One, Inc.'s Motion for Summary Judgement is hereby granted.

2. Plaintiff has until March 26, 2001 in which to serve same.

DONE AND ORDERED in the Southern District of Florida on this 20 day of March, 2001.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies furnished to:

David W. Trench, Esq.
Richard T. Woulfe, Esq.
William Healy, Esq.
Jason A. Lessinger, Esq.