UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

      Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

      Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF
(Consolidated and Administratively Closed)

CONDOR ONE, INC.,
a Delaware Corporation,

      Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

      Defendant.
_____/

### PLAINTIFF'S SUPPLEMENTAL MOTION FOR EXTENSION OF TIME TO ALLOW PLAINTIFF TO SERVE ITS MEMORANDUM OF LAW IN OPPOSITION TO CONDOR ONE, INC.'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, OAKLAND LAKES, Ltd., by and through their undersigned attorneys, files this their Supplemental Motion for Extension of Time to Allow Plaintiff to serve its Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, and as grounds therefor would show:

1. Defendant served its Motion for Summary Judgment on February 7, 2001.

2. Pursuant to Rule 7.1 of Local Rules of the United States District Court for the Southern District of Florida, Plaintiff had until February 23, 2001 to respond.

3. Counsel for Plaintiff and counsel for Defendant tentatively agreed to a settlement of all claims in this case, and hoped to finalize settlement by March 1, 2001.

4. Plaintiff therefore requested, with Defendant's consent, an extension through March 6, 2001 to respond to the motion for summary judgment, as approved by the Court's order granting the extension, entered February 28, 2001.

5. Plaintiff and Defendant subsequently required additional time to complete the settlement agreement.

6. Plaintiff, again with Defendant's consent, then prepared and filed a motion for an additional extension of time, which motion was granted by this Court's order, dated March 12, 2001, which extended the time in which Plaintiff had to serve its memorandum of law until March 12, 2001.

7. Plaintiff and Defendant again realized the need for additional time to complete the settlement, and therefore submitted a joint motion for additional time, which was approved by this Court's order dated March 20, 2001.

8. Counsel for Plaintiff and Counsel for Defendant are still diligently working to complete a final written settlement agreement and expect it to be completed in the next one to two weeks.

9. Based on the continued and ongoing settlement efforts by Plaintiff and Defendant, good cause exists once again to extend the time period within which Plaintiff is required to respond to Defendant's motion for summary judgment.

10. Plaintiff therefore submits to the Court for its consideration, this motion to further extend the time within which Plaintiff may serve a memorandum of law in opposition to Defendant's motion for summary judgement, in the unlikely event that the settlement is not completed, and would respectfully request an extension until and through Friday, March 30, 2001.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order extending the time in which Plaintiff has to serve its memorandum in opposition to Condor's Motion for Summary Judgment until March 30, 2001.

> ICARD, MERRILL, CULLIS, TIMM,
> FUREN & GINSBURG, P.A.
> 2033 Main Street, Suite 600
> Sarasota, FL 34237
> Telephone: (941) 366-8100
> Attorneys for Plaintiff
>
> By: _____
> ROBERT E. MESSICK
> Florida Bar No. 31477
> JASON A. LESSINGER
> Florida Bar No. 0091601

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: **DAVID W. TRENCH, ESQ.**, 2500 First Union Financial Center, Miami, FL 33131-2336, **WILLIAM C. HEALY, ESQ.**, 99 N.E. 4th Street, Third Floor/civil Division, Miami, FL 33132-2111, and **RICHARD T. WOULFE, ESQ.**, P.O. Drawer 03040, 888 E. Las Olas Blvd., Suite 400 Ft. Lauderdale, FL 33303-0340, this 26th day of March, 2001.

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, FL 34237
Telephone: (941) 366-8100
Attorneys for Plaintiff

By: _____
ROBERT E. MESSICK
Florida Bar No. 31477
JASON A. LESSINGER
Florida Bar No. 0091601

F:\USERS\CJB\CJBC\OAKLAND\HUD-FED CT\MOT-EXT4.SJ