UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;

      Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC., and
ROBERT E. SCHULER, as General Partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

      Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware corporation,

      Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

      Defendant.
_____/

**JOINT MOTION FOR DISBURSEMENT OF FUNDS
HELD PURSUANT TO RENT SEQUESTRATION ORDER**

\72655\13375\#338244 v1
3/28/2001

Plaintiff, Condor One, Inc.("Condor One") and Defendant Oakland Lakes, Ltd. (:Oakland Lakes"), by and through undersigned counsel, hereby file this joint motion for disbursement of finds held pursuant to rent sequestration order.

This action was commenced as an action to foreclose a mortgage and for other related relief by Plaintiff Condor One on August 24, 2000, in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida. It is now before this Court by virtue of a Notice of Removal filed by Defendant Oakland Lakes on December 18, 2000, and an order of consolidation by this Court dated January 18, 2001. On December 22, 2000, this Court granted Condor One's motion for sequestration of rents and ordered that the rents from the apartment project that is the subject of this foreclosure proceeding be segregated and deposited in a separate account pending a hearing on January 3, 2001. On January 3, 2001, this Court entered an agreed order extending the prior order granting motion to sequester rents. The rents are now and continue to be sequestered by Icorr Management, Inc., the property manager engaged by Oakland Lakes to manage the property, in compliance with these orders.

Condor One and Oakland Lakes have entered into a Forbearance and Settlement Agreement which will ultimately dispose of this consolidated action after a series of events during which the foreclosure proceeding will remain pending. The Forbearance and Settlement Agreement calls for the immediate payment to Condor One of $930,600 from the sequestered rents and additional payments while the foreclosure proceeding remains pending. There are sufficient funds in the operating account of Oakland Lakes to pay the specified amount and this joint motion seeks the

disbursement of this initial payment and a separately filed joint motion seeking the appointment of a receiver seeks an order which provides for monthly payments by the receiver with respect to the additional payments called for under the Forbearance and Settlement Agreement.

Both Condor One, as foreclosing mortgagee, and Oakland Lakes, as owner and mortgagor, have agreed and consented to the relief sought in this motion. The Secretary of Housing and Urban Development ("HUD") is a defendant in the consolidated action, but not in the foreclosure proceeding. Nonetheless, HUD has been consulted with regard to this motion and has no objection to it.

Condor One and Oakland Lakes have agreed to a form of order for the disbursement of sequestered rents and have attached such form to this motion for this Court's consideration.

WHEREFORE, Plaintiff Condor One, Inc. respectfully requests that this Court enter its order authorizing and directing Icorr Properties, Inc. to disburse the sum of $930,600 to Plaintiff Condor One, Inc. from the operating account of Defendant Oakland Lakes, Ltd. as provided for in the proposed order attached to this motion.

**ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A.**
2033 Main Street
Suite 600
Sarasota, Florida 34237
Telephone: (941) 366-8100
Facsimile: (941) 366-6384

By: _____
Robert E. Messick
Florida Bar No. 31477

**BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP**
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: _____
David W. Trench
Florida Bar No. 202975

72655\13375\#338244 v1
2/28/2001

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail on this 29th day of March, 2001 to: **Richard T. Woulfe, Esq.**, Co-Counsel for Plaintiff, Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., P.O. Drawer 030340, 888 E. Las Olas Boulevard, Suite 400, Ft. Lauderdale, Florida 33303-0340; **Robert E. Messick, Esq.**, Co-Counsel for Plaintiff, Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., 2033 Main Street, Suite 600, Sarasota, Florida 34237; and **William Healey, Esq.**, U.S. Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132.

_/s/ David W. Trench_