## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 00-6147 CIV-LENARD/TURNOFF



FILED BY

01 MAR 29 PM 2:49

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA – MIA

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;

       Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC., and
ROBERT E. SCHULER, as General Partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

       Defendants.

_____/

### Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware corporation,

       Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

       Defendant.

_____/

### JOINT MOTION TO APPOINT RECEIVER

72655\13375\#338526 v1
3/2/2001

Plaintiff Condor One, Inc. ("Condor") and Defendant Oakland Lakes, Ltd. ("Oakland Lakes"), by and through their respective undersigned counsel, hereby file this joint motion for appointment of a receiver to take possession, manage and conserve property that is the subject matter of this action.

This action was commenced as an action to foreclose a mortgage and for other related relief by Plaintiff Condor One on August 24, 2000, in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida. It is now before this Court by virtue of a Notice of Removal filed by Defendant Oakland Lakes on December 18, 2000, and an order of consolidation by this Court dated January 18, 2001.

Condor One and Oakland Lakes have entered into a Forbearance and Settlement Agreement which will ultimately dispose of this consolidated action after a series of events during which the foreclosure proceeding will remain pending. The Forbearance and Settlement Agreement calls for the appointment of a receiver to preserve and protect the property which is the subject of the foreclosure proceeding while it remains pending. Both Condor One, as foreclosing mortgagee, and Oakland Lakes, as owner and mortgagor, have agreed and consented to this motion. The Secretary of Housing and Urban Development ("HUD") is a defendant in the consolidated action, but not in the foreclosure proceeding. Nonetheless, HUD has been consulted with regard to this motion and has no objection to it.

Condor One and Oakland Lakes have agreed to a form of order appointing a receiver and have attached such form to this motion for this Court's consideration. The proposed order provides

for the appointment of Robert Ballard, a principal of the current management company operating the subject property, as receiver.  Mr. Ballard is a property manager with extensive experience with properties similar to the subject property and has been managing the subject property since July 2000.  The proposed order calls for a receiver's bond of $300,000 which both Condor One and Oakland Lakes believe is sufficient in amount.

WHEREFORE, Plaintiff Condor One, Inc. and Defendant Oakland Lakes, Ltd, respectfully request this Court to enter an Order: (i) appointing Robert Ballard receiver for the purpose of collecting rents and managing the mortgaged properties located in Fort Lauderdale, Florida, maintaining in a separate escrow account all rents, profits, or income derived from each property, and expending the same for the benefit of Plaintiff or any other eventual parties to this lawsuit in the form enclosed with this motion and providing for such other and further relief as the Court deems just and proper.

DATED:  March ___, 2001

**ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.**
2033 Main Street
Suite 600
Sarasota, Florida 34237
Telephone: (941) 366-8100
Facsimile: (941) 366-6384

By: _____
**Robert E. Messick**
Florida Bar No. 31477

**BILZIN SUMBERG DUNN BAENA
PRICE & AXELROD LLP**
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile:  (305) 374-7593

By: _____
**David W. Trench**
Florida Bar No. 202975

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail on this **29th**

day of March, 2001 to: **Richard T. Woulfe, Esq.**, Co-Counsel for Plaintiff, Bunnell, Woulfe,

Kirschbaum, Keller, Cohen & McIntyre, P.A., P.O. Drawer 030340, 888 E. Las Olas Boulevard,

Suite 400, Ft. Lauderdale, Florida 33303-0340; **Robert E. Messick, Esq.**, Co-Counsel for Plaintiff,

Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., 2033 Main Street, Suite 600, Sarasota, Florida

34237; and **William Healey, Esq.**, U.S. Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132.

David W. Trench

72655\13375\#338526 v1
3/2/2001

4