UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____

01 APR -5 PM 4:09

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

Case No. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;

       Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC., and
ROBERT E. SCHULER, as General Partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

       Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware corporation,

       Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

       Defendant.
_____/

**PLAINTIFF CONDOR ONE, INC.'S NOTICE OF
WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT**

\72655\13375\#503089 v1
4/3/2001

On or about March 28, 2001, Plaintiff Condor One, Inc. and Defendant Oakland Lakes, Ltd. entered into a Forbearance and Settlement Agreement pursuant to which Case No. 00-6147-CIV-Lenard/Turnoff styled <u>813268 Ontario, Inc. vs. Oakland Lakes, Ltd., et al.</u> will be dismissed, with prejudice, by stipulation of the parties to be filed shortly. The foreclosure case styled <u>Condor One, Inc. v. Oakland Lakes, Ltd.</u>, originally filed in state court, removed by Defendant Oakland Lakes, Ltd. on December 18, 2000 and consolidated in this action by order of this Court dated January 18, 2001, will remain pending and will be amended pursuant to the written consent of Defendant Oakland Lakes, Ltd. to add an additional party. Accordingly, Plaintiff Condor One, Inc. hereby withdraws the motion for summary judgment of foreclosure filed by it on February 7, 2001. Plaintiff Condor One, Inc. will reapply for final judgment of foreclosure in <u>Condor One, Inc. v. Oakland Lakes, Ltd.</u> on grounds that are appropriate when the action is at issue.

        **BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP**
Counsel for Plaintiff Condor One, Inc.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: _____
    David W. Trench
    Florida Bar No. 202975

4/3/2001

2

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP
2500 FIRST UNION FINANCIAL CENTER • MIAMI, FLORIDA 33131-2336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail on this 4th day of April, 2001 to: **Richard T. Woulfe, Esq.**, Co-Counsel for Plaintiff, Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., P.O. Drawer 030340, 888 E. Las Olas Boulevard, Suite 400, Ft. Lauderdale, Florida 33303-0340; **Robert E. Messick, Esq.**, Co-Counsel for Plaintiff, Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., 2033 Main Street, Suite 600, Sarasota, Florida 34237; and **William Healy, Esq.**, U.S. Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132.

_____
David W. Trench