UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;

        Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC., and
ROBERT E. SCHULER, as General Partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

        Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware corporation,

        Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

       Defendant.
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

\72655\13375\#502747 v1
4/2/2001



Plaintiff 813268 Ontario, Inc. as General Partner of Oakland Park (Florida) Limited Partnership, an Ontario limited partnership, as limited partner of, and on behalf of Oakland Lakes, Ltd., a Florida limited partnership, Defendant Oakland Lakes, Ltd., a Florida limited partnership, Defendant The Secretary of Housing and Urban Development and Defendant Condor One, Inc., a Delaware corporation, by and through their respective undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal, with prejudice, of the claims set forth in the complaint, amended complaint and all counterclaims in the action filed by Plaintiff on January 31, 2000 under Case No. 00-6147-CIV-Lenard/Turnoff (the "Derivative Action"), with each party to bear its own costs and attorneys fees.

This stipulation for dismissal specifically excludes the foreclosure action filed by Defendant Condor One, Inc. in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida under Case No. 00-141108 (the "Foreclosure Action") and noticed for removal by Defendant Oakland Lakes, Ltd. pursuant to Notice of Removal dated December 18, 2000 in the United States District Court, Southern District of Florida, Miami Division, Case No. 00-7847-CIV-Jordan which was consolidated with the Derivative Action by order of this Court on January 18, 2001. All parties to this stipulation specifically agree that the Foreclosure Action shall remain pending after the dismissal of the Derivative Action.

| | |
|---|---|
| **ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A.**<br>Counsel for Plaintiff 813268 Ontario, Inc. and Defendant Oakland Lakes, Ltd.<br>2033 Main Street, Suite 600<br>Sarasota, Florida 34237<br>Telephone: (941) 366-8100<br>Facsimile: (941) 366-6384<br><br>By: _____<br>Robert E. Messick<br>Florida Bar No. 31477 | **U.S. ATTORNEY'S OFFICE**<br>Counsel for Defendant The Secretary of Housing and Urban Development<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>Telephone: (305) 961-9003<br>Facsimile: (305) 530-7139<br><br>By: _____<br>William Healy, Esq.<br>Florida Bar No. 0848395 |

\72655\13375\#502747 v1
4/2/2001

2

**BILZIN SUMBERG DUNN BAENA
PRICE & AXELROD LLP**
Counsel for Defendant Condor One, Inc.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: _____
David W. Trench
Florida Bar No. 202975

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail on this 9th day of April, 2001 to: **Richard T. Woulfe, Esq.**, Co-Counsel for Plaintiff, Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., P.O. Drawer 030340, 888 E. Las Olas Boulevard, Suite 400, Ft. Lauderdale, Florida 33303-0340; **Robert E. Messick, Esq.**, Co-Counsel for Plaintiff, Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., 2033 Main Street, Suite 600, Sarasota, Florida 34237; and **William Healy, Esq.**, U.S. Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132.

_____
David W. Trench