# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as                        General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;

      Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC., and
ROBERT E. SCHULER, as General Partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

      Defendants.

_____/

### Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware corporation,

      Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

      Defendant.

_____/



FILED by ___ D.C.

APR 1 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON JOINT MOTION FOR DISBURSEMENT OF FUNDS
## HELD PURSUANT TO RENT SEQUESTRATION ORDER

\72655\13375\#338244 v1
2/28/2001

THIS MATTER came before the Court upon the joint motion of Plaintiff Condor One, Inc. and Defendant Oakland Lakes, Ltd. for the disbursement of certain funds held in the operating account of Defendant Oakland Lakes, Ltd. pursuant to rent sequestration orders of this Court dated December 22, 2000 and January 2, 2001. The Court has considered the matters raised therein, has reviewed the file and is otherwise fully advised. After due consideration, it is hereby

ORDERED AND ADJUDGED that the joint motion is granted. Icorr Properties, Inc., manager of the property which is subject to the foreclosure in this action, is authorized and directed to pay forthwith to Plaintiff Condor One, Inc. the sum of $930,600 from the operating account of Defendant Oakland Lakes, Ltd.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _10_ day of March, 2001.


UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

David W. Trench, Esq.
Richard T. Woulfe, Esq.
Robert E. Messick, Esq.
William Healey, Esq.