UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;

   Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC., and
ROBERT E. SCHULER, as General Partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

   Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware corporation,

   Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, THE FLORIDA HOUSING FINANCE
CORPORATION f/k/a THE FLORIDA HOUSING
FINANCE AGENCY, a Florida not-for-profit
corporation, and WILSON C. ATKINSON, III, as Trustee,

   Defendants.
_____/

## SUMMONS

\72655\13375\#504479 v1
4/11/2001

**YOU ARE HEREBY COMMANDED** to serve this summons, a copy of the amended complaint and a copy of the notice of lis pendens in this action on Defendant:

> **The Florida Housing Finance Corporation f/k/a The Florida Housing Finance Agency**
> By serving:  Jay Taylor, as Chairman or
> Mark Kaplan, as Executive Director
> 227 North Bronough Street, Suite 5000
> Tallahassee, Florida 32301-1329

Each Defendant is required to serve written defenses to the amended complaint on Plaintiff's attorney, whose address is, to wit:

> **DAVID W. TRENCH, ESQ.**
> Bilzin Sumberg Dunn Baena Price & Axelrod LLP
> 2500 - First Union Financial Center
> 200 South Biscayne Boulevard
> Miami, Florida 33131-2336
> Telephone: (305) 374-7580
> Telecopier: (305) 374-7593

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the amended complaint.

DATED on APR 1 1 2001 , 2001.

Clarence Maddox

CLERK OF THE COURT

By: _____
As Deputy Clerk