UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC. as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership; as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership,

    Plaintiff,

vs

OAKLAND LAKES, LTD., a Florida Limited Partnership, WILLIAM O. BRISBEN, W. O. BRISBEN COMPANIES, INC., and ROBERT E. SCHULER, as General partners of OAKLAND LAKES, LTD., THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, and CONDOR ONE, INC., a Delaware corporation,

    Defendant.
_____/

FILED by _____ D.C.
APR 1 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF DISMISSAL

**THIS CAUSE** having come before the Court on the Stipulation for Dismissal with Prejudice (D.E. #75) filed April 9, 2001, and the Court being fully advised, it is hereby,

**ORDERED AND ADJUDGED** that this matter is dismissed with prejudice. The Clerk of Court is directed to CLOSE THIS CASE forthwith. All pending motions are **DENIED as moot**. The Court shall retain jurisdiction of this action only for the purpose of enforcing the terms and conditions of the Settlement Agreement entered into by and between the parties.

Case No. 00-6147-CIV-LENARD/TURNOFF

**DONE AND ORDERED** in Chambers at Miami, Florida this __11__ day of April, 2001.

                                                JOAN A. LENARD
                                                UNITED STATES DISTRICT JUDGE

cc:    U. S. Magistrate William C. Turnoff

Richard T. Woulfe, Esq.
Bunnell, Woulfe, Kirschbaum, Keller, et al.
P.O. Drawer 030340
888 E. Las Olas Boulevard, Suite 400
Ft. Lauderdale, FL 33303-0340

Robert E. Messick, Esq.
Icard, Merrill, Cullis, et al.
2033 Main Street, Suite 600
Sarasota, FL 34237

William S. Spencer, Esq.
Ellis, Spencer & Butler
4601 Sheridan
Hollywood, FL 33021

David W. Trench, Esq.
Bilzin Sumberg Dunn, et al.
2500 First Union Financial Center
Miami, FL 33131-2336