| | |
|---|---|
| **813268 ONTARIO, INC., ET, AL** | CASE NO.: 00-6147 CIV-LENARD/TURNOFF |
| Plaintiff | CIVIL DIV.: County Court _____ |
| | Circuit Court _____ Federal Court XX |
| **OAKLAND LAKES, LTD., ET, AL** | **SUMMONS, COMPLAINT AND NOTICE OF LIS** |
| Defendant | Type of Writ |
| | **PENDENS** |

Received this process on **APRIL 12, 2001 at 1 P.M.**

**X** Served ____ Returned, same on **WILSON C. ATKINSON, III, as Trustee**

Within named, on **4-23-2001**, at **11:45 A.** M., in **BROWARD** County, FL

AT: **1946 TYLER, HOLLYWOOD, FL 33020**

☐ **INDIVIDUAL SERVICE:** By delivering to the within named person a copy of this writ, the date and hour of service endorsed by me, and at the same time I delivered to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of this writ, with the date and hour of service endorsed theron by me, and a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner at the within named person's usual place of abode, with a member of his family above the age of (15) (18) years to wit: _____ and informing such person of their contents.

☒ **CORPORATE SERVICE:** By delivering a copy of this writ with the date and hour of service endorsed theron by me and a copy of plaintiff's initial pleading as furnished by the plaintiff to **CINDY CLARK** as **secy. authorized to accept** of said corporation in the absence of any superior officer.

☐ **POSTED RESIDENTIAL:** By attaching a copy of this summons, together with a copy of the complaint, to a conspicuous place on the property described therin. After at least two attempts, a minimum of six (6) hours apart:
(1) _____ _____ (2) _____ _____
(date) (time) (date) (time)
neither the above named tenant nor a person residing therin who is 15 years of age or older could be found at _____ The usual place of residence of the tenant in _____ County, Florida.
(address posted)

☐ **NO SERVICE:** For the reason that after diligent search and inquiry failed to find said _____ in _____ County, Florida.

☐ **OTHER RETURNS:** _____

---

I ACKNOWLEDGE that I am a Certified Process Server in good standing in the Judicial Circuit in which defendant was served and that I have no interest in the above action.

*C. Maldonado* # **438**
PROCESSOR SERVER (Signature)      I.D. NO.

**CONSUELO MALDONADO**
PROCESS SERVER    (PRINTED NAME)

DAVID W. TRENCH, ESQ.
200 S. BISCAYNE BLVD., #2500
MIAMI FL 33131-2336

ATTORNEY

The foregoing instrument was acknowledged before me this **23rd** day of **APRIL**, ~~19~~ **2001** by **CONSUELO MALDONADO**, **CERTIFIED PROCESS SERVER** who is personally known to me or who has produced _____ and who **DID** take an oath.
                                                                                                              did   did not

OFFICIAL NOTARY SEAL
LINDA GONZALEZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC737503
MY COMMISSION EXP. MAY 19, 2002

BONDED THRU GENERAL INS. UND.

T.C. MANN, INC.   Tel. 577-0220                                   Johnson's Printing 374-5946



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;

      Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC., and
ROBERT E. SCHULER, as General Partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

      Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware corporation,

      Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, THE FLORIDA HOUSING FINANCE
CORPORATION f/k/a THE FLORIDA HOUSING
FINANCE AGENCY, a Florida not-for-profit
corporation, and WILSON C. ATKINSON, III, as Trustee,

      Defendants.
_____/

## SUMMONS

\72655\13375\#504479 v1
4/11/2001

**YOU ARE HEREBY COMMANDED** to serve this summons, a copy of the amended complaint and a copy of the notice of lis pendens in this action on Defendant:

**WILSON C. ATKINSON, III**
Atkinson Diner Stone Mankuta & Ploucha, P.A.
1946 Tyler
Hollywood, Florida 33020

Each Defendant is required to serve written defenses to the amended complaint on Plaintiff's attorney, whose address is, to wit:

**DAVID W. TRENCH, ESQ.**
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 - First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
Telephone: (305) 374-7580
Telecopier: (305) 374-7593

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the amended complaint.

DATED on __APR 1 1 2001__ 2001.

CLERK OF THE COURT
Clarence Maddox

APR 1 2 2001

By: _____
As Deputy Clerk

G:\DMS\72655\13375\0308847.01
8/23/2000

CACE

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY,
FLORIDA
General Jurisdiction Division



| | |
|---|---|
| CONDOR ONE, INC.,<br>a Delaware Corporation,<br>Plaintiff, | Case No.:<br><br>00014103 |
| vs. | |
| OAKLAND LAKES, LTD.,<br>a Florida Limited Partnership,<br>Defendant.<br>_____/ | A TRUE COPY<br>ED KENNEDY<br>CLERK OF CIRCUIT COURT |

**NOTICE OF LIS PENDENS**

TO:  OAKLAND LAKES, LTD., a Florida Limited Partnership, and to ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE HEREBY NOTIFIED of the institution of this action by Condor One, Inc. against you seeking to foreclose a mortgage on the following property in Broward County, Florida:

**SEE EXHIBITS "A" AND "B" ATTACHED HERETO
AND INCORPORATED BY REFERENCE HEREIN**

DATED: August 24, 2000.

Respectfully submitted,

**BILZIN SUMBERG DUNN
PRICE & AXELROD LLP.**
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By:_____
**David W. Trench**
Florida Bar No. 202975
**Paul J. Milberg**
Florida Bar No. 107700