UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



Case No. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
general partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida limited partnership

      Plaintiff,

v.

OAKLAND LAKES, LTD.,
a Florida limited partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

      Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware Corporation,

      Plaintiff,

v.

OAKLAND LAKES, LTD.,
a Florida limited partnership,

      Defendant.
_____/

**NOTICE OF FILING OATH OF RECEIVER**

STATE OF FLORIDA            )
                            )   ss
COUNTY OF SARASOTA          )

    COMES NOW, Robert Ballard, the duly appointed Receiver by this Court's Order dated April 10, 2001 and hereby confirms that, as required by the Court's Order dated April 10, 2001, he has executed and filed the attached Oath of Receiver with the Court, in the above-styled cause which has been served for record on this 30th day of April, 2001.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: DAVID W. TRENCH, ESQUIRE, Counsel for Condor One, Inc., 2500 First Union Financial Center, Miami, Florida 33131-2336, FLORIDA HOUSING FINANCE AGENCY, 227 N. Bronough Street, Suite 5000, Tallahassee, Florida 32301-1329, WILSON ATKINSON, Atkinson, Diner, Stone, Mankuta and Ploucha, P.A., 1946 Tyler, Hollywood, Florida 33020, WILLIAM C. HEALY, ESQUIRE, Counsel for the Secretary of Housing & Urban Development, 99 N. E. 4th Street, Third Floor/Civil Division, Miami, Florida 33132-2111, and RICHARD T. WOULFE, ESQUIRE, Counsel for Oakland Lakes, Ltd., P.O. Box 03040, 888 E. Las Olas Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0340, ROBERT E. MESSICK, Counsel for Oakland Lakes, Ltd., 2033 Main Street, Suite 600, Sarasota, Florida 34236, this 30th day of April, 2001.

*(signature)*
ROBERT BALLARD
2 N. Tamiami Trail
Suite 210
Sarasota, Florida 34236

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6147-CIV-LENARD/TURNOFF ✓

**NIGHT BOX FILED**
APR 27 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

813268 ONTARIO, INC., as
general partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida limited partnership

      Plaintiff,

v.

OAKLAND LAKES, LTD.,
a Florida limited partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

      Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware Corporation,

      Plaintiff,

v.

OAKLAND LAKES, LTD.,
a Florida limited partnership,

      Defendant.
_____/

**OATH OF RECEIVER**

STATE OF FLORIDA          )
                          )   ss
COUNTY OF SARASOTA        )

    BEFORE ME, the undersigned authority, this day, personally appeared ROBERT BALLARD, to me known, who being by me first duly sworn says:

1.     That he is the person who has been appointed Receiver in this action pursuant to the Order of the Court dated April 10, 2001.

2.     That he will undertake to fully and faithfully perform his duties as Receiver in this action, in accordance with Florida law.

3.     That his place of business is 2 N. Tamiami Trail, Suite 210, Sarasota, Florida 34236.

                                                                     */s/ Robert Ballard*
                                                                    ROBERT BALLARD, RECEIVER

Sworn to and subscribed to before me this 27th day of April, 2001.

                                                                    */s/ Elizabeth Boulware*
                                                                    NOTARY PUBLIC, State of Florida
                                                                    My Commission Expires:

> ELIZABETH A. BOULWARE
> MY COMMISSION # CC 721165
> EXPIRES: March 3, 2002
> Bonded Thru Notary Public Underwriters

**The Cincinnati Insurance Company**
*Cincinnati, Ohio*

Bond No.: B80-446105

# RECEIVER'S BOND

KNOW ALL MEN BY THESE PRESENTS; that <u>Robert C. Ballard, Sr.</u> of Tampa, Florida as Principal and <u>The Cincinnati Insurance Company</u>, as Surety, are held and firmly bound unto <u>United States District Court, Southern District of Florida</u> as Obligee, in the sum of <u>THREE HUNDRED THOUSAND US DOLLARS ($300,000)</u> to be paid to said Obligee, its successors and assigns, for the payment thereof well and truly be made, we jointly and severally bind ourselves, our heirs, executors, administrators, successors and assigns firmly by these presents.

THE CONDITIONS of the above obligation are such that:

WHEREAS, by the order of the <u>United States District Court, Southern District of Florida</u> of <u>Miami-Dade</u> County, said Principal was appointed Receiver on the <u>10th</u> day of <u>April</u>, <u>2001</u> for the receivership of <u>Oakland Lakes Ltd, A Florida Limited Partnership</u> and was ordered before entering discharge of duties as such receiver to execute a bond according to law in the aforesaid amount.

NOW THEREFORE, if said receiver shall faithfully discharge the duties in this action and obey the orders of the court therein, then this obligation shall be void, otherwise remain in full force and effect.

SIGNED and sealed this <u>20th</u> day of <u>April</u>, 2001.

Principal: *[signature]*
Robert C. Ballard, Sr.

Surety: The Cincinnati Insurance Company

*[signature]*
Attorney-in-Fact
J. R. Wells Purmort

# THE CINCINNATI INSURANCE COMPANY
Fairfield, Ohio

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That THE CINCINNATI INSURANCE COMPANY, a corporation organized under the laws of the State of Ohio, and having its principal office in the City of Fairfield, Ohio, does hereby constitute and appoint

J. R. Wells Purmort; Richard A. Martin; James R. W. Purmort, II;
Roxanne Sima; Matthew Stepulla; Russell H. Bobbitt and/or Tracey L. Schwalbach

of Sarasota, Florida                                    its true and lawful Attorney(s)-in-Fact to sign, execute, seal and deliver on its behalf as Surety, and as its act and deed, any and all bonds, policies, undertakings, or other like instruments, as follows:

Any such obligations in the United States, up to
Five Million and No/100 Dollars  ($5,000,000.00).

This appointment is made under and by authority of the following resolution passed by the Board of Directors of said Company at a meeting held in the principal office of the Company, a quorum being present and voting, on the 6th day of December, 1958, which resolution is still in effect:

"RESOLVED, that the President or any Vice President be hereby authorized, and empowered to appoint Attorneys-in-Fact of the Company to execute any and all bonds, policies, undertakings, or other like instruments on behalf of the Corporation, and may authorize any officer or any such Attorney-in-Fact to affix the corporate seal; and may with or without cause modify or revoke any such appointment or authority. Any such writings so executed by such Attorneys-in-Fact shall be binding upon the Company as if they had been duly executed and acknowledged by the regularly elected officers of the Company."

This Power of Attorney is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of the Company at a meeting duly called and held on the 7th day of December, 1973.

"RESOLVED, that the signature of the President or a Vice President and the seal of the Company may be affixed by facsimile on any power of attorney granted, and the signature of the Secretary or Assistant Secretary and the seal of the Company may be affixed by facsimile to any certificate of any such power and any such power of certificate bearing such facsimile signature and seal shall be valid and binding on the Company. Any such power so executed and sealed and certified by certificate so executed and sealed shall, with respect to any bond or undertaking to which it is attached, continue to be valid and binding on the Company."

IN WITNESS WHEREOF, THE CINCINNATI INSURANCE COMPANY has caused these presents to be sealed with its corporate seal, duly attested by its Senior Vice President this 28th day of April, 1999.

THE CINCINNATI INSURANCE COMPANY

_____
Senior Vice President

STATE OF OHIO      ) ss:
COUNTY OF BUTLER   )

On this 28th day of April, 1999, before me came the above-named Senior Vice President of THE CINCINNATI INSURANCE COMPANY, to me personally known to be the officer described herein, and acknowledged that the seal affixed to the preceding instrument is the corporate seal of said Company and the corporate seal and the signature of the officer were duly affixed and subscribed to said instrument by the authority and direction of said corporation.

MARK J. HULLER, Attorney at Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration
date. Section 147.03 O.R.C.

I, the undersigned Secretary or Assistant Secretary of THE CINCINNATI INSURANCE COMPANY, hereby certify that the above is a true and correct copy of the Original Power of Attorney issued by said Company, and do hereby further certify that the said Power of Attorney is still in full force and effect.

GIVEN under my hand and seal of said Company at Fairfield, Ohio.
this _____ day of APRIL 2001

_____
Assistant Secretary

BN-1005 (4/99)



# PURMORT MARTIN & MERCIER
## INSURANCE AGENCY, INC.

4/30/2001

United States District Court
Southern District of Florida
Miami-Dade County

RE: Robert C Ballard Sr
    Receiver's Bond #B80446105
    04/20/2001 To 04/20/2002

To Clerk of Court:

This is to confirm we are the agent who by power of attorney issued and executed the bond on behalf of Robert C. Ballard subject above. Our power of attorney is attached to the bond accordingly. Should you require further information please let us know.

Sincerely,

PURMORT MARTIN & MERCIER

*Tracey L Schwalbach*

Tracey L Schwalbach (Attorney-In-Fact/Licensed FL Agent for Cincinnati Insurance Co)

/ts