UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6147-CIV-LENARD/TURNOFF



813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

      Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

      Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF
(Consolidated and Administratively Closed)

CONDOR ONE, INC.,
a Delaware Corporation,

      Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

      Defendant.
_____/



## PLAINTIFF'S REPLY TO DEFENDANT CONDOR ONE'S AMENDED COMPLAINT

Plaintiff, 813268 ONTARIO, INC., as general partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership, as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership, by and through its undersigned attorneys, replies to the Amended Complaint of Defendant Condor One, Inc. ("Condor"), and alleges:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Without knowledge.
7. Without knowledge.
8. Admitted.
9. Admitted.
10. Admitted.
11. Admitted.
12. Admitted.
13. Admitted.
14. Admitted.
15. Admitted.
16. Admitted.
17. Admitted.
18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

## COUNT I

28. Defendant repeats and realleges its answers to paragraphs 1 through 27 as if fully stated herein.

29. Admitted for jurisdictional purposes only.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

34. Admitted.

35. Admitted.

36. Admitted.

37. Admitted.

38. Without knowledge.

## COUNT II

39.  In response to Count II, Defendant alleges that the parties have stipulated to the appointment of receiver, and Robert Ballard has been appointed receiver pursuant to this Court's order appointing receiver dated April 10, 2001. It is therefore Defendant's position that no answer is required to Count II.

## COUNT III

46.  Count III has been dismissed with prejudice pursuant to an agreement between the parties. Accordingly, no answer is required.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: **DAVID W. TRENCH, ESQ.**, 2500 First Union Financial Center, Miami, FL 33131-2336, **WILLIAM C. HEALY, ESQ.**, 99 N.E. 4th Street, Third Floor/civil Division, Miami, FL 33132-2111, and **RICHARD T. WOULFE, ESQ.**, P.O. Drawer 03040, 888 E. Las Olas Blvd., Suite 400 Ft. Lauderdale, FL 33303-0340, this ____ day of May, 2001.

ICARD, MERRILL, CULLIS, TIMM,
 FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, Florida  34237
Telephone: (941) 366-8100
Attorneys for Plaintiffs

By: _____
ROBERT E. MESSICK
Florida Bar #31477

F:\USERS\CJB\CJBC\OAKLAND\HUD-FED.CT\ANS-COND.AC