UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
general partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida limited partnership

         Plaintiff,

v.

OAKLAND LAKES, LTD.,
a Florida limited partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

         Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware Corporation,

         Plaintiff,

v.

OAKLAND LAKES, LTD.,
a Florida limited partnership,

         Defendant.
_____/



## NOTICE OF FILING PROPERTY INVENTORY

Robert Ballard, the duly appointed receiver in the above referenced court proceeding, by order of court dated April 10, 2001, does hereby file the attached inventory pursuant to paragraph 4 of said order.

_____
Robert Ballard

State of Florida
County of Saraosta

I, Robert Ballard, having been duly appointed receiver in the above referenced court proceeding, by order of court dated April 10, 2001, do swear that the attached inventory is true and correct to the best of my knowledge and belief.

_____
Robert Ballard

SWORN TO AND SUBSCRIBED before me this 9th day of May, 2001, by Robert Ballard, who is personally known to me and who did take an oath.


Marci Lynn Marsh
My Commission CC777895
Expires September 23, 2002

_____
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: DAVID W. TRENCH, ESQUIRE, Counsel for Condor One, Inc., 2500 First Union Financial Center, Miami, Florida 33131-2336, FLORIDA HOUSING FINANCE AGENCY, 227 N. Bronough Street, Suite 5000, Tallahassee, Florida 32301-1329, WILSON ATKINSON, Atkinson, Diner, Stone, Mankuta and Ploucha, P.A., 1946 Tyler, Hollywood, Florida 33020, WILLIAM C. HEALY, ESQUIRE, Counsel for the Secretary of Housing & Urban Development, 99 N. E. 4th Street, Third Floor/Civil Division, Miami, Florida 33132-2111, and RICHARD T. WOULFE, ESQUIRE, Counsel for Oakland Lakes, Ltd., P.O. Box 03040, 888 E. Las Olas Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0340, ROBERT E. MESSICK, Counsel for Oakland Lakes, Ltd., 2033 Main Street, Suite 600, Sarasota, Florida 34236, this 9th day of May, 2001.

_____
ROBERT BALLARD, Receiver
2 N. Tamiami Trail
Suite 210
Sarasota, Florida 34236

**LEGAL DESCRIPTION**

A portion of the North ¼ of the Southeast ¼ of Section 20, Township 49 South, Range 42 East, together with all the Tracts A, B and a portion of Tract G of **OAKLAND LAKES**, according to the Plat thereof, as recorded in Plat Book 111, page 7, of the Public Records of Broward County, Florida, all being more particularly described as follows:

Beginning at the Northwest corner of said Tract A; thence North 89° 01' 10" East along the North line of said Tract A, a distance of 175.15 feet; thence North 01° 50' 43" East, a distance of 25.03 feet; thence North 89° 07' 10" East, along a line parallel with and 25.00 feet North of, as measured at right angles to the South line of the North one-half (N1/2) of the Southeast one-quarter (SE ¼) of Section 20, a distance of 1936.65 feet; thence South 00° 00' 00" East, along a Northerly projection of the East line of said Tract B and the East line of said Tract B, a distance of 999.87 feet to the Southeast corner of said Tract B; thence South 89° 05' 55" West along the South line of said Tract B, a distance of 460.00 feet to the Northeast corner of said Tract G; thence continue South 89° 05' 55" West along the North line of said Tract G and the South line of said Tract A, a distance of 113.19 feet; thence run South for 336.04 feet to a point; thence run South 89° 05' 55" West for 30.03 feet to a point; thence run South 00° 54' 05" East for 1.07 feet to a point; thence run North 84° 03' 31" West for 29.67 feet to a point; the last three described courses being along the North right-of-way line of Oakland Park Boulevard as recorded in Official Records Book 13439, page 730, Public Records of Broward County, Florida; thence run North 00° 54' 05" West for 30.54 feet to a point; thence run North 89° 05' 55" East for 35.00 feet to a point; thence run South for 32.01 feet to a point; thence run North 89° 05' 55" East for 24.00 feet to a point; thence run North for 335.04 feet to a point of intersection with said North line of Tract G and the South line of said Tract A; thence South 89° 05' 55" West, along the South line of said Tract A, a distance of 1512.81 feet to the Southwest corner of said Tract A; thence North 00° 19' 45" West, a distance of 7.34 feet; thence North 03° 49' 07" West, a distance of 328.61 feet; thence North 00° 19' 45" West, a distance of 640.02 feet to the Point of Beginning, the last three described courses being along the West line of said Tract A and the East right-of-way line of N.W. 27th Avenue as shown on said Oakland Lakes Plat.

**Oakland Lakes, Ltd.**
**SAILBOAT POINTE**
**INVENTORY**
May 9, 2001

| Description | | Quantity | | Estimated Value |
|---|---|---|---|---|
| Desk | | 5 | | $1,000.00 |
| Computer | Dell Optiplex | 1 | | $1,500.00 |
| Printer | HP Laser Jet 1100 | 1 | | |
| Copy Machine | Copyco 1560 | 1 | Leased | $1,800.00 |
| Fax | Sharp 1460 | 1 | | $250.00 |
| Office Chairs | | 11 | | $330.00 |
| File Cabinets | | 3 | | $200.00 |
| Dining Tables | | 3 | Leased | $300.00 |
| Sofa Tables | | 3 | Leased | $225.00 |
| Small Desk Tables | | 1 | Leased | $75.00 |
| Side Desk Tables | | 3 | Leased | $300.00 |
| T.V. | | 1 | Leased | $500.00 |
| Sofa | | 1 | Leased | $200.00 |
| Chair and Ottoman | | 1 | Leased | $200.00 |
| Bookcase | | 2 | Leased | $100.00 |
| Armoire | | 1 | Leased | $200.00 |
| End Tables | | 2 | Leased | $150.00 |
| Lamps | | 2 | Leased | $50.00 |
| Coffee Table | | 1 | Leased | $75.00 |
| Pool Table | | 1 | | $1,000.00 |
| Credenza | | 1 | | $160.00 |

**Gym Equipment**

| Description | | Quantity | | Estimated Value |
|---|---|---|---|---|
| Multi-Station | | 1 | | $750.00 |
| Nordic-Track Pro | | 1 | | $400.00 |
| Treadmill | | 1 | | $800.00 |
| Bikes | | 2 | | $400.00 |
| Rowing Bike | | 1 | | $200.00 |

**Pool Furniture**

| Description | | Quantity | | Estimated Value |
|---|---|---|---|---|
| Lounge | | 42 | | $5,000.00 |
| Chairs | | 15 | | $1,500.00 |
| Tables | | 3 | | $450.00 |

**Maintenance**

| Description | | Quantity | | Estimated Value |
|---|---|---|---|---|
| Recovery Unit | Florometer-3000H | 1 | | $1,700.00 |
| Small Tank | | 3 | | $300.00 |
| Large Tank | | 1 | | $120.00 |
| Pressure Washer | Honda 4H.P. 40G1 | 1 | | $700.00 |
| Blower | ECKO PB46HT | 1 | | $300.00 |
| Wet Vac | Eureka 9 Gallon | 1 | | $160.00 |

**Oakland Lakes, Ltd.**
**SAILBOAT POINTE**
**INVENTORY**
May 9, 2001

| Description | Quantity | | Estimated Value |
|---|---|---|---|
| Golf Cart | 3 | | $2,700.00 |
| **Unit Interior** | | | |
| Refrigerator | 376 | | $112,800.00 |
| Range | 376 | | $56,400.00 |
| Dishwasher | 376 | | $47,000.00 |
| Washer/Dryer | 30 | Leased | N/A |
| **Total:** | | | $240,295.00 |