UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;

   Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC., and
ROBERT E. SCHULER, as General Partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

   Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware corporation,

   Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, THE FLORIDA HOUSING FINANCE
CORPORATION f/k/a THE FLORIDA HOUSING
FINANCE AGENCY, a Florida not-for-profit
corporation, and WILSON C. ATKINSON, III, as Trustee,

   Defendants.
_____/

**AFFIDAVIT OF DOUGLAS M. GOLDRICK IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT BY CONDOR ONE, INC.**

STATE OF TEXAS )
) SS:
COUNTY OF DALLAS )

BEFORE ME, the undersigned authority, personally appeared Douglas M. Goldrick who, after being duly sworn, deposes and says:

1. My name is Douglas M. Goldrick and this affidavit is based upon either my personal knowledge or my review of the files and documents related to this matter.

2. I am a loan asset manager responsible for a portfolio of loans owned and held by Condor One, Inc. ("Condor One")

3. The loan (the "Loan") to Oakland Lakes, Ltd. ("Oakland Lakes"), that is the subject of this proceeding, is one of the loans for which I am responsible.

4. With respect to the Loan, Condor One is the owner and holder of a Note in the principal amount of $22,779,600 and a Mortgage securing repayment of that Note each made by Oakland Lakes. The Mortgage encumbers the Lakes of Casablanca apartment project located at 2325 N.W. 33rd Street, Fort Lauderdale, Florida 33309 ("the Property") which is owned by Oakland Lakes.

5. I have been in charge of the Loan since 1998, and I am familiar with the terms of the Loan.

6. I submit this affidavit in support of Condor One's Motion for Summary Judgment, seeking to foreclose the Mortgage for amounts past due under the Note.

7. I have read the allegations contained in Condor One's Amended Complaint in this action, and they are true and correct. Exhibit "A" of the Complaint is the legal description of the Property and Exhibits "B" and "C" of the Complaint are true and correct copies of the Note and Mortgage, respectively.

8. Condor One has owned the Note and Mortgage since May 8, 1995. From June, 1995 through June, 2000, Oakland Lakes remitted payments directly to Condor One pursuant to

a Provisional Workout Arrangement entered into in connection with the Loan.

9. In July, 2000, Oakland Lakes failed or refused to make any further payment on the Loan. Oakland Lakes is in default of its obligations under the Loan and its related agreements as more specifically set forth in the Amended Complaint.

10. On July 14, 2000, Condor One served Oakland Lakes with a demand letter reciting Oakland Lakes' default and accelerating all amounts due under the Note and Mortgage. Exhibit "F" of Condor One's Amended Complaint is a true and correct copy of this demand letter.

11. As of May 17, 2001, the outstanding principal balance of the Note is $22,773,531.78, and accrued unpaid interest and charges on the Note are $2,278,034.03 for a total of $25,051,565.81. Interest on the principal balance of the Note continues to accrue in the per diem amount of $5,218.93. With respect to the Loan, Condor One is holding the aggregate sum of $225,000 in tax escrow.

FURTHER AFFIANT SAYETH NOT.

_____
Douglas M. Goldrick

STATE OF TEXAS      )
                    ) SS:
COUNTY OF DALLAS    )

The foregoing instrument was acknowledged before me this 17th day of May, 2001, by Douglas M. Goldrick. He is personally known to me ~~or produced~~ ~~as identification~~.

Sign Name: Carolyn L. Sims
Print Name: CAROLYN L. SIMS
NOTARY PUBLIC
Serial No(none, if blank):_____

My Commission Expires: 8-22-03

[NOTARIAL SEAL]
CAROLYN L. SIMS
MY COMMISSION EXPIRES
August 22, 2003

\72655\13375\#460736 v1
5/8/2001