UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC. as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
limited partnership; as limited partner of,
and on behalf of OAKLAND LAKES,
LTD., a Florida Limited Partnership,

    Plaintiff,

vs

OAKLAND LAKES, LTD., a Florida
Limited Partnership, WILLIAM O.
BRISBEN, W. O. BRISBEN COMPANIES,
INC., and ROBERT E. SCHULER, as
General partners of OAKLAND LAKES,
LTD., THE SECRETARY OF HOUSING
AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware
corporation,

    Defendant.
_____/

### ORDER DIRECTING PARTIES TO FILE
### JOINT STATUS REPORT

    **THIS CAUSE** is before the Court upon a <u>sua sponte</u> review of the file. On August 31, 2000, the Court issued an Agreed Order of Dismissal of Plaintiff's Action and Defendant's Counterclaim (D.E. #42). On April 9, 2001, the Court issued an Order of Dismissal with prejudice (D.E. #80) pursuant to the parties' Stipulation for Dismissal with Prejudice (D.E. #75), removed the case from its trial calendar and instructed the Clerk of Court to close this case. It is hereby

    **ORDERED AND ADJUDGED** that within fifteen (15) days from the date of this Order, Counsel for Plaintiff(s) and Counsel for Defendant(s) shall file a **Joint Status Report** with the Court

Case No. 00-6147-CIV-LENARD/TURNOFF

containing the following:

1. A short and plain statement of the nature of the claim and any counterclaim, cross-claim, or third party claim, including the amount of damages claimed and any other relief sought.

2. A brief summary of facts which are uncontested or which can be stipulated to without discovery.

3. A brief summary of the issues as presently known.

4. A summary of any pending motions and responses thereto.

5. A summary of the progress of discovery in the case, and the approximate time at which the case will be ready for trial and/or final pretrial conference.

6. The projected time necessary for trial, and a statement of whether the case requires a jury or non-jury trial.

7. Any unique legal or factual aspects of the case requiring special consideration by the Court.

8. The status of settlement discussions.

9. Such other matters as may aid the Court in the administration and disposition of this action.

10. A detailed Scheduling Report pursuant to S.D.Fla.L.R. 16.1B. All proposed limitations shall be date specific (e.g. January 12, 2000).

**Failure to comply with this order or submit notice of good cause for failure to comply within fifteen (15) days may result in the dismissal of this action or the striking of defenses and entry of judgment pursuant to S.D.Fla.L.R. 16.1M.**

**DONE AND ORDERED** in Chambers at Miami, Florida this _13_ day of June, 2001.

JOAN A. LENARD
**UNITED STATES DISTRICT JUDGE**

Case No. 00-6147-CIV-LENARD/TURNOFF

cc:     U. S. Magistrate William C. Turnoff

Richard T. Woulfe, Esq.
Bunnell, Woulfe, Kirschbaum, Keller, et al.
P.O. Drawer 030340
888 E. Las Olas Boulevard, Suite 400
Ft. Lauderdale, FL 33303-0340

Robert E. Messick, Esq.
Icard, Merrill, Cullis, et al.
2033 Main Street, Suite 600
Sarasota, FL 34237

William S. Spencer, Esq.
Ellis, Spencer & Butler
4601 Sheridan
Hollywood, FL 33021

David W. Trench, Esq.
Bilzin Sumberg Dunn, et al.
2500 First Union Financial Center
Miami, FL 33131-2336