UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
general partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida limited partnership

                Plaintiff,

v.

OAKLAND LAKES, LTD.,
a Florida limited partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

                Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.
a Delaware Corporation,
                Plaintiff,
v.

OAKLAND LAKES, LTD.,
a Florida limited partnership,
THE FLORIDA HOUSING FINANCE CORPORATION,
f/k/a THE FLORIDA HOUSING FINANCE AGENCY, a
Florida not-for-profit Corporation, and
WILSON C. ATKINSON, III, as Trustee

                Defendants.
_____/

**STIPULATION AND CONSENT TO APPOINTMENT**
**OF SPECIAL MASTER TO CONDUCT FORECLOSURE SALE**



COMES NOW, 813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario Limited Partnership, and OAKLAND LAKES, LTD., a Florida Limited Partnership, (collectively "OAKLAND LAKES"), by and through its undersigned counsel, and hereby stipulates and consents to the entry of an order by this Court for Appointment of Special Master to Conduct Foreclosure Sale.

OAKLAND LAKES has reviewed the Motion and Memorandum of Law for Appointment of Special Master to Conduct Foreclosure Sale as filed in this proceeding by Plaintiff, Condor One, Inc. OAKLAND LAKES hereby confirms to the Court its consent and stipulation to Condor One's Motion and to the appointment of Neale J. Poller, Esquire as Special Master for the purposes of conducting a foreclosure sale pursuant to the proposed Final Judgment of Foreclosure sought by Condor One in this action.

OAKLAND LAKES is satisfied that the appointment of Neale J. Poller as Special Master for the purposes sought in Condor One, Inc.'s Motion is necessary to complete an orderly and proper foreclosure sale as required by applicable law and that Mr. Poller has no interest or conflict with respect to the undertaking of such duties or in the outcome of this proceeding.

Respectfully submitted,

ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, Florida 34237
Telephone: (941) 366-8100
Facsimile: (941) 366-0718

By: _____
Robert E. Messick
Florida Bar No. 314773

F:\USERS\REM\OAKLAND\STIPCON.WPD

CIVIL ACTION NO. 00-6147 CIV-LENARD/TURNOFF

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy fo the foregoing was furnished via U.S. Mail on this 13th day of June, 2001 to: David W. Trench, Esquire, Counsel for Defendant - Counter-Plaintiff, Condor One, Inc., Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP 2500 First Union Financial Center, Miami, Florida 33131-2335; Richard T. Woulfe, Esquire, Co-Counsel for Plaintiff, Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., P.O. Drawer 030340, 888 E. Las Olas Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0340; Elizabeth G.l Arthur, Esquire, Counsel for Florida Housing Finance Corporation, 227 North Bronough Street, Suite 5000, Tallahassee, Florida 32301; Wilson C. Atkinson, III, Trustee, Atkinson, Diner Stone Mankuta & Ploucha, P.A., 1946 Tyler, Hollywood, Florida 33020; and Neale J. Poller, Esquire, Camner, Lipsitz & Poller, 550 Biltmore Way, Suite 700, Coral Gables, Florida 33134.

_____
Robert E. Messick