UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6147-CIV-LENARD/TURNOFF

01 JUN 21 PM 3: 11

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA

813268 ONTARIO, INC., as
General Partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

    Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

    Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF
(Consolidated and Administratively Closed)

CONDOR ONE, INC.,
a Delaware Corporation,

    Plaintiff,

vs.

OAKLAND LAKES, LTD.,
a Florida Limited Partnership,

    Defendant.
_____/

## JOINT STATUS REPORT

Plaintiff 813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, and Defendant CONDOR ONE, INC., pursuant to the Court's Order Directing Parties to File Joint Status Report, submit their joint status report with respect to that certain case styled: <u>813268 ONTARIO, INC., as General Partner of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario limited partnership; as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership vs. OAKLAND LAKES, LTD., et al.</u>, Case No. No.00-6147-CIV-LENARD/TURNOFF as follows:

1. Plaintiff and Defendant have dismissed their claims and counterclaims, and all matters in this case have been resolved, other than that certain foreclosure action initiated by Defendant Condor One, Inc. against Oakland Lakes, Ltd., in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, in the action styled: <u>Condor One, Inc. v. Oakland Lakes, Ltd;</u> Case No. 00-14108 which was then removed to federal court, and consolidated herein.

2. The consolidated foreclosure action is the only matter still remaining before the Court in this cause. All parties necessary to the foreclosure have been joined, served, and have answered.

3. Oakland Lakes, the owner of the mortgaged property, does not oppose the foreclosure action, and an unopposed motion for summary judgment dated May 24, 2001 is now pending before the Court.

4. Condor One, Inc. has also filed a motion to appoint special master, and Oakland Lakes, after reviewing the motion, has filed a stipulation and consent to the motion to appoint special master; Condor One, Inc. has submitted a proposed Final Summary Judgment which accomplishes the appointment of the special master.

5. Once the Court enters the final judgment of foreclosure appointing special master and the sale occurs, this matter will be concluded.

BILZIN, SUMBERG, DUNN,
PRICE & AXELROD, L.L.P.
First Union Financial Center
200 S. Biscayne Blvd., Ste 2500
Miami, FL  33131
Telephone: 305-374-7580
Attorneys for Condor One, Inc.

By: _____
DAVID W. TRENCH, ESQ.
Florida Bar #202975

ICARD, MERRILL, CULLIS, TIMM,
FUREN & GINSBURG, P.A.
2033 Main Street, Suite 600
Sarasota, Florida  34237
Telephone: (941) 366-8100
Attorneys for Plaintiff

By: _____
ROBERT E. MESSICK
Florida Bar #31477
JASON A. LESSINGER
Florida Bar #0091601

U.S. ATTORNEY'S OFFICE
99 N.E. 4th Street
 Third Floor/civil Division
Miami, FL  33132-2111
Telephone: (305) 961-9438
Attorney for HUD

By: _____
WILLIAM HEALY, ESQ.
Florida Bar #0848395

F:\USERS\CJB\CJBC\OAKLAND\HUD-FED.CTJNT-STAT.REP