UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;

        Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC., and
ROBERT E. SCHULER, as General Partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

        Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware corporation,

        Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, THE FLORIDA HOUSING FINANCE
CORPORATION f/k/a THE FLORIDA HOUSING
FINANCE AGENCY, a Florida not-for-profit
corporation, and WILSON C. ATKINSON, III, as Trustee,

        Defendants.
_____/

**MOTION TO EXTEND SALE DATE PERIOD UNDER
FINAL JUDGMENT OF FORECLOSURE**
NON-COMPLIANCE OF S.D. Fla. L.R. 3.1A

BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP
2500 FIRST UNION FINANCIAL CENTER • MIAMI, FLORIDA 33131-2336

CIVIL ACTION NO. 00-6147 CIV-LENARD/TURNOFF

Plaintiff, Condor One, Inc., by and through undersigned counsel, moves this Court for the entry of its order extending the period within which the foreclosure sale may occur under the final judgment of foreclosure entered June 22, 2001 and as grounds states:

1. On June 22, 2001, this Court entered the Final Judgment of Foreclosure in this cause on Plaintiff's motion for final summary judgment of foreclosure.

2. Paragraph 20 of the Final Judgment of Foreclosure provides for a special master's sale no later than 30 days from the date of the final judgment.

3. The special master has discussed the proposed sale date and the advertising requirements with Plaintiff and with Defendant Oakland Lakes, Ltd., the owner of the property to be sold.

4. After such consultation and with the consent of Plaintiff and Defendant Oakland Lakes, Ltd., the special master has set the sale for August 10, 2001.

5. The sale date is more than thirty days after the date of the Final Judgment of Foreclosure, however, it is an appropriate date and the parties respectfully request that this Court enter its order authorizing the sale on such date.

6. Undersigned counsel is authorized to represent to this Court that Defendant Oakland Lakes, Ltd. consents to the relief sought by this motion.

WHEREFORE, Plaintiff, Condor One, Inc. respectfully requests that this Court enter its order authorizing the special master to conduct the special master's sale provided for under the Final Judgment of Foreclosure on August 10, 2001.

\72655\13375\#519270 v1
7/16/2001

2

CIVIL ACTION NO. 00-6147 CIV-LENARD/TURNOFF

Respectfully submitted,

**BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP**
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: _____
David W. Trench
Florida Bar No. 202975

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail on this 16th day of July, 2001 to: **Richard T. Woulfe, Esq.**, Co-Counsel for Plaintiff, Bunnell, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., P.O. Drawer 030340, 888 E. Las Olas Boulevard, Suite 400, Ft. Lauderdale, Florida 33303-0340; **Robert E. Messick, Esq.**, Co-Counsel for Plaintiff, Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., 2033 Main Street, Suite 600, Sarasota, Florida 34237; **Elizabeth G. Arthur, Esq.**, Counsel for Florida Housing Finance Corporation, 227 North Bronough Street, Suite 5000, Tallahassee, Florida 32301; **Wilson C. Atkinson, III, Trustee**, Atkinson Diner Stone Mankuta & Ploucha, P.A., 1946 Tyler, Hollywood, Florida 33020; and **Neale J. Poller, Esq.**, Camner, Lipsitz & Poller, 550 Biltmore Way, Suite 700, Coral Gables, Florida 33134.

_____
David W. Trench

\72655\13375\#519270 v1
7/16/2001

3