UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _GJ_ D.C.

JUL 18 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CIVIL ACTION NO. 00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General
Partner of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario limited
partnership; as limited partner of, and on behalf
of OAKLAND LAKES, LTD., a Florida Limited
Partnership;

      Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC., and
ROBERT E. SCHULER, as General Partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

      Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware corporation,

      Plaintiff,

vs.

OAKLAND LAKES, LTD., a Florida Limited
Partnership, THE FLORIDA HOUSING FINANCE
CORPORATION f/k/a THE FLORIDA HOUSING
FINANCE AGENCY, a Florida not-for-profit
corporation, and WILSON C. ATKINSON, III, as Trustee,

      Defendants.
_____/

**ORDER GRANTING MOTION TO EXTEND SALE DATE PERIOD**
**UNDER FINAL JUDGMENT OF FORECLOSURE**



THIS CAUSE came before the Court upon Plaintiff's motion to extend sale date period under Final Judgment of Foreclosure. The Court has reviewed the motion and other pertinent portions of the record and is otherwise fully advised. After due consideration, it is hereby

ORDERED AND ADJUDGED that Plaintiff's motion to extend sale date period under Final Judgment of Foreclosure is GRANTED. Special master Neale Poller is authorized to conduct a special master's sale on August 10, 2001 pursuant to the terms of the Final Judgment of Foreclosure entered in this cause on June 22, 2001.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this 18 day of July, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
Counsel of record

\72655\13375\#519270 v1
7/16/2001