UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6147 CIV-LENARD/TURNOFF



813268 ONTARIO, INC., as General Partner
Of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
Limited Partnership; as limited partner of,
and on behalf of OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

    Plaintiff,
vs.

OAKLAND LAKES, LTD, a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC.,
and ROBERT E. SCHULER, as general partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT,
and CONDOR ONE, INC., a Delaware corporation,

    Defendants.
_____/

Case No. 0O-7847-CIV-LENARD/TURNOFF

CONDOR ONE. INC., a Delaware corporation,

    Plaintiff,
vs.

OAKLAND LAKES, LTD, a Florida Limited
Partnership, and THE FLORIDA HOUSING
FINANCE CORPORATION, F/K/A THE
FLORIDA HOUSING FINANCE AGENCY,
a state agency and instrumentality and a
public body corporate and politic existing
under the laws of the State of Florida, and
WILSON C. ATKINSON, III, as Trustee,

    Defendants.
_____/



NON-COMPLIANCE OF S.D. fla. L.R. 5.1A2.

Case No.00-6147 CIV-LENARD/TURNOFF

## NOTICE OF FILING

**COMES NOW, NEALE J. POLLER, AS SPECIAL MASTER,** under and by virtue of the Final Judgment of Foreclosure entered in this cause ending in the United States District Court, Southern District of Florida, and hereby files the original Affidavit of Publication of the Notice of Special Master's Sale.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing has been furnished this 6th day of August, 2001, to: David Trench, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP., Attorneys for Condor One, Inc., 2500 First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2336; Robert E.Messick, Esquire, Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., Attorneys for Oakland Park (Florida) Limited Partnership, 2033 Main Street, Suite 600, Sarasota, Florida 34237.

CAMNER, LIPSITZ AND POLLER, P.A.
Attorneys for BankUnited, FSB
550 Biltmore Way, Suite 700
Coral Gables, Florida 33134
Telephone: (305) 442-4994
Facsimile   (305) 442-2389

By: _____
Neale J. Poller
FBN.: 120329

Ntsrvl-d_drive-DEPTS\LT CONDOR ONE\Notice of Filing Proof of Publication of Special Master's Sale.wpd

## Broward Daily Business Review
Published Daily except Saturday, Sunday and Legal Holidays
Fort Lauderdale, Broward County, Florida.

STATE OF FLORIDA
COUNTY OF BROWARD:

Before the undersigned authority personally appeared Estela Force, who on oath says that she is the Office Assistant of the Broward Daily Business Review f/k/a Broward Review, a newspaper published at Fort Lauderdale, in Broward County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of              00-6147
NOTICE SPECIAL MASTER'S SALE

Re: 813268 ONTARIO, INC
V
OAKLAND LAKES, LTD, ETC
        U.S. District
in the ............................................ Court,

was published in said newspaper in the issues of

Jul 11, 2001    Jul 18, 2001

Jul 25, 2001    Aug 1, 2001

Affiant further says that the said Broward Daily Business Review is a newspaper published at Fort Lauderdale, in said Broward County, Florida, and that the said newspaper has heretofore been continuously published in said Broward County, Florida, and has been entered as second class mail matter at the post office in Fort Lauderdale in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

*(signature)*

Sworn to and subscribed before me this
1 day of August, A.D. 2001

*(signature)*

(SEAL)

Estela Force personally known to me.

Mary Beth Polinski
MY COMMISSION # DD007060 EXPIRES
March 6, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

---

**NOTICE OF SPECIAL MASTER'S SALE**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6147 CIV-LENARD/TURNOFF
813268 ONTARIO, INC., as General Partner Of OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP, an Ontario Limited Partnership; as limited partner of, and on behalf of OAKLAND LAKES, LTD., a Florida Limited Partnership;
Plaintiff,
vs.
OAKLAND LAKES, LTD, a Florida Limited Partnership, WILLIAM O. BRISBEN, W.O. BRISBEN COMPANIES, INC., and ROBERT E. SCHULER, as general partners of OAKLAND LAKES, LTD., THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, and CONDOR ONE, INC., a Delaware corporation,
Defendants.
Case No. 00-7847-CIV-LENARD/TURNOFF
CONDOR ONE, INC., a Delaware corporation,
Plaintiff,
vs.
OAKLAND LAKES, LTD, a Florida Limited Partnership, and THE FLORIDA HOUSING FINANCE CORPORATION, F/K/A THE FLORIDA HOUSING FINANCE AGENCY, a state agency and instrumentality and a public body corporate and politic existing under the laws of the State of Florida, and WILSON C. ATKINSON, III, as Trustee,
Defendants.
NOTICE IS HEREBY GIVEN that the undersigned, as Special Master, under and by virtue of the Final Judgment of Foreclosure, heretofore entered in that certain cause ended in the United States District Court, Southern District of Florida, will offer for sale and sell to the highest and best bidder for cash, which Condor One, Inc., plaintiff, and OAKLAND LAKES, LTD, THE FLORIDA HOUSING FINANCE CORPORATION, F/K/A THE FLORIDA HOUSING FINANCE AGENCY, defendants, will offer for sale and sell at public outcry to the highest and best bidder for cash at the entrance outside the lobby of the United States District Courthouse in Miami, Florida, at 301 North Miami Avenue, Miami, Florida, on the 10th day of August, 2001, at 11:00 a.m. EDT, the following described real and personal property:

**EXHIBIT A**
**LEGAL DESCRIPTION**

A portion of the North 1/2 of the Southeast 1/4 of Section 20, Township 49 South, Range 42 East, together with all the Tracts A, B and a portion of Tract G of OAKLAND LAKES, according to the Plat thereof, as recorded in Plat Book 111, page 7, of the Public Records of Broward County, Florida, all being more particularly described as follows:

Beginning at the Northwest corner of said Tract A; thence North 89° 01' 10" East along the North line of said Tract A, a distance of 175.15 feet; thence North 01° 50' 43" East, a distance of 25.03 feet; thence North 89° 07' 10" East, along a line parallel with and 25.00 feet North of, as measured at right angles to the South line of the North one-half (N1/2) of the Southeast one-quarter (SE 1/4) of Section 20, a distance of 1936.65 feet; thence South 00° 00' 00" East, along a Northerly projection of the East line of said Tract B and the East line of said Tract B, a distance of 999.87 feet to the Southeast corner of said Tract B; thence South 89° 05' 55" West along the South line of said Tract B, a distance of 460.00 feet to the Northeast corner of said Tract G; thence continue South 89° 05' 55" West along the North line of said Tract G and the South line of said Tract A, a distance of 113.19 feet; thence run South for 335.04 feet to a point; thence run South 89° 05' 55" West for 90.05 feet to a point; thence run South 00° 04' 20" East for 3.97 feet to a point; thence run South 89° 05' 55" West for 35.00 feet to a point; the last three described courses being along the North right-of-way line of Oakland Park Boulevard; thence run North for 32.01 feet to a point; thence run North 89° 05' 55" East for 24.00 feet to a point; thence run North for 335.04 feet to a point of intersection with said North line of Tract G and the South line of said Tract A; thence South 89° 05' 55" West, along the South line of said Tract A, a distance of 1512.81 feet to the Southwest corner of said Tract A; thence North 00° 19' 45" West, a distance of 7.34 feet; thence North 03° 49' 07" West, a distance of 328.61 feet; thence North 00° 19' 45" West, a distance of 640.02 feet to the Point of Beginning, the last three described courses being along the West line of said Tract A and the East right-of-way line of N.W. 27th Avenue as shown on said Oakland Lakes Plat.

the described property as aforesaid being sold to satisfy the Final Judgment. The successful bidder shall be required to post a deposit by cashier's check, in the amount of twenty percent (20%) of the successful bid immediately after the sale, and to pay the remainder of the bid price in good funds to the undersigned within twenty-four (24) hours of the sale.

DATED this 5 day of July, 2001.
Neale J. Poller, Special Master
Attorneys for Condor One, Inc.
DAVID TRENCH, ESQUIRE
BILZIN, SUMBERG, DUNN, BAENA, PRICE & AXELROD, LLP.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
7/11-18-25  8/1       01-4-01/178756B