UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General Partner
Of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
Limited Partnership; as limited partner of,
and on behalf of OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

    Plaintiff,
vs.

OAKLAND LAKES, LTD, a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC.,
and ROBERT E. SCHULER, as general partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT,
and CONDOR ONE, INC., a Delaware corporation,

    Defendants.
_____/

Case No. 0O-7847-CIV-LENARD/TURNOFF

CONDOR ONE. INC., a Delaware corporation,

    Plaintiff,
vs.

OAKLAND LAKES, LTD, a Florida Limited
Partnership, and THE FLORIDA HOUSING
FINANCE CORPORATION, F/K/A THE
FLORIDA HOUSING FINANCE AGENCY,
a state agency and instrumentality and a
public body corporate and politic existing
under the laws of the State of Florida, and
WILSON C. ATKINSON, III, as Trustee,

    Defendants.
_____/



## SPECIAL MASTER'S REPORT OF SALE

**I, NEALE J. POLLER**, the undersigned Special Master, in accordance with the Final Judgment of Foreclosure heretofore made and entered in the above-styled cause, do, as such Special Master appointed therein, respectfully report to the Court that:

1. Oakland Lakes, Ltd. did not pay the amount due to the Plaintiff by 9:00 a.m. EDT on **AUGUST 10, 2001**, the sale date scheduled in this cause. I duly advertised the Property described in the Final Judgment to be sold at public auction to the highest and best bidder for cash and included in the published Notice of Sale the terms of the sale scheduled for 11:00 a. m. EDT on **AUGUST 10, 2001**, at the entrance outside the lobby of the United States District Courthouse in Miami, Florida, at 301 North Miami Avenue, Miami, Florida. A copy of the Proof of Publication for the Notice of Sale is attached to this Report. The original Proof of Publication was filed with the U.S. District Court on August 7, 2001.

2. At the time and place so designated for sale, I offered for sale to the highest and best bidder for cash the Property described in the Final Judgment and in the Notice of Sale, on the terms set forth in the Final Judgment and in the Notice, which sale was fairly and openly conducted and ample opportunity given to all parties or persons interested to bid for the Property.

3. **CONDOR ONE, INC.**, did thereupon bid the sum of $100.00 for the Property, such bid being the highest and best. I struck off the sale to **CONDOR ONE, INC.**, for this amount and applied the purchase price against the amount found due in the Final Judgment. Immediately following the sale I issued my certificate of sale to **CONDOR ONE, INC.**

Dated this 10 day of August, 2001.

_____
Neale J. Poller, Special Master

Copies to all parties