# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General Partner
Of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
Limited Partnership; as limited partner of,
and on behalf of OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

     Plaintiff,

vs.

OAKLAND LAKES, LTD, a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC.,
and ROBERT E. SCHULER, as general partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT,
and CONDOR ONE, INC., a Delaware corporation,

     Defendants.

_____/

### Case No. 0O-7847-CIV-LENARD/TURNOFF

CONDOR ONE. INC., a Delaware corporation,

     Plaintiff,

vs.

OAKLAND LAKES, LTD, a Florida Limited
Partnership, and THE FLORIDA HOUSING
FINANCE CORPORATION, F/K/A THE
FLORIDA HOUSING FINANCE AGENCY,
a state agency and instrumentality and a
public body corporate and politic existing
under the laws of the State of Florida, and
WILSON C. ATKINSON, III, as Trustee,

     Defendants.

_____/

Case No.00-6147 CIV-LENARD/TURNOFF

## NOTICE OF FILING

**COMES NOW, NEALE J. POLLER, AS SPECIAL MASTER,** under and by virtue of

the Final Judgment of Foreclosure entered in this cause ending in the United States District

Court, Southern District of Florida, and hereby files the original Special Master's Report of Sale.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Filing has

been furnished this _13_ day of August, 2001, to: David Trench, Esquire, Bilzin, Sumberg,

Dunn, Baena, Price & Axelrod, LLP., Attorneys for Condor One, Inc., 2500 First Union

Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2336; Robert

E.Messick, Esquire, Icard, Merrill, Cullis, Timm, Furen & Ginsburg, P.A., Attorneys for Oakland

Park (Florida) Limited Partnership, 2033 Main Street, Suite 600, Sarasota, Florida 34237.

CAMNER, LIPSITZ AND POLLER, P.A.
Attorneys for BankUnited, FSB
550 Biltmore Way, Suite 700
Coral Gables, Florida 33134
Telephone: (305) 442-4994
Facsimile    (305) 442-2389

By: _____
Neale J. Poller
FBN.: 120329

Ntsrvl d_drive DEPTS LT CONDOR ONE Notice of Filing Special Master's Report of Sale.wpd