UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General Partner
Of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
Limited Partnership; as limited partner of,
and on behalf of OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

  Plaintiff,
vs.

OAKLAND LAKES, LTD, a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC.,
and ROBERT E. SCHULER, as general partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT,
and CONDOR ONE, INC., a Delaware corporation,

  Defendants.
_____/

Case No. 0O-7847-CIV-LENARD/TURNOFF

CONDOR ONE. INC., a Delaware corporation,

  Plaintiff,
vs.

OAKLAND LAKES, LTD, a Florida Limited
Partnership, and THE FLORIDA HOUSING
FINANCE CORPORATION, F/K/A THE
FLORIDA HOUSING FINANCE AGENCY,
a state agency and instrumentality and a
public body corporate and politic existing
under the laws of the State of Florida, and
WILSON C. ATKINSON, III, as Trustee,

  Defendants.
_____/

## SPECIAL MASTER'S CERTIFICATE OF DISBURSEMENT

**THE UNDERSIGNED SPECIAL MASTER** certifies that he disbursed the proceeds received from the sale of the property as provided in the Order or Final Judgment to the persons and in the amounts as follows:

| NAME | AMOUNT |
|---|---|
| Neale J. Poller, Special Master | |
| Special Master - Sale Fee & Costs | $ 7,754.86 |
| Bid Stamps | $ .70 |
| TOTAL | $ 7,755.56 |

**WITNESS** my hand this 21st August, 2001.

BY: _____
Neale J. Poller, Special Master