

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6147 CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as General Partner
Of OAKLAND PARK (FLORIDA)
LIMITED PARTNERSHIP, an Ontario
Limited Partnership; as limited partner of,
and on behalf of OAKLAND LAKES, LTD.,
a Florida Limited Partnership;

    Plaintiff,
vs.

OAKLAND LAKES, LTD, a Florida Limited
Partnership, WILLIAM O. BRISBEN,
W.O. BRISBEN COMPANIES, INC.,
and ROBERT E. SCHULER, as general partners
of OAKLAND LAKES, LTD., THE SECRETARY
OF HOUSING AND URBAN DEVELOPMENT,
and CONDOR ONE, INC., a Delaware corporation,

    Defendants.
_____/

Case No. 0O-7847-CIV-LENARD/TURNOFF

CONDOR ONE. INC., a Delaware corporation,

    Plaintiff,
vs.

OAKLAND LAKES, LTD, a Florida Limited
Partnership, and THE FLORIDA HOUSING
FINANCE CORPORATION, F/K/A THE
FLORIDA HOUSING FINANCE AGENCY,
a state agency and instrumentality and a
public body corporate and politic existing
under the laws of the State of Florida, and
WILSON C. ATKINSON, III, as Trustee,

    Defendants.
_____/

## SPECIAL MASTER'S CERTIFICATE OF SALE
## CHAPTER 45

THE UNDERSIGNED SPECIAL MASTER, certifies that **Notice of Public Sale of the Property** described in the Order of Final Judgment was published in Broward Daily Business Review, a newspaper circulated in Broward County, Florida, in a manner shown by the Proof of Publication herein and on **AUGUST 10TH, 2001**, the property was offered for public sale to the highest and best bidder for cash. The highest and best bid received for the property was submitted by: **CONDOR ONE, INC.**, which credit bid $100.00.

WITNESS my hand this 21 day of AUGUST, 2001.

BY: _____
Neale J. Poller, Special Master