UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6147-CIV-LENARD/TURNOFF

813268 ONTARIO, INC., as
general partner of OAKLAND
PARK (FLORIDA) LIMITED PARTNERSHIP,
an Ontario limited partnership;
as limited partner of, and on behalf of
OAKLAND LAKES, LTD.,
a Florida limited partnership

        Plaintiff,

v.

OAKLAND LAKES, LTD.,
a Florida limited partnership,
WILLIAM O. BRISBEN, W.O. BRISBEN
COMPANIES, INC., and ROBERT E. SCHULER,
as General Partners of OAKLAND LAKES, LTD.,
THE SECRETARY OF HOUSING AND
THE SECRETARY OF HOUSING AND
URBAN DEVELOPMENT, and
CONDOR ONE, INC., a Delaware Corporation,

        Defendants.
_____/

Case No. 00-7847-CIV-LENARD/TURNOFF

CONDOR ONE, INC.,
a Delaware Corporation,

        Plaintiff,

v.

OAKLAND LAKES, LTD.,
a Florida limited partnership,

        Defendant.
_____/

## MOTION OF RECEIVER FOR ENTRY OF ODER DISCHARGING RECIEVERSHIP

Comes Now, Robert Ballard, the duly appointed Receiver in this proceeding by Order of the Court dated April 10, 2001 and hereby moves the Court for entry of an Order Discharging Robert Ballard as the Court Appointed Receiver in this proceeding and for release of the Bond posted pursuant to the Court's Order dated April 10, 2001. In support of the Receiver's Motion for Entry of Order for Discharge, the Receiver would show that a Final Accounting for the Property subject to the Receiver's Receivership was filed with the Court of the District Court in this proceeding on September 20, 2001, such accounting having an effective date of August 22, 2001. No objections have been filed, to date, with respect to the Receiver's Final Accounting and the ownership and possession of the Property has been duly transferred by the Receiver to the Purchaser of the subject Property at the foreclosure sale conducted by the Special Master, Neale J. Poller, on June 22, 2001, to WATERTON PARK, L.L.C., a Delaware Limited Liability Company. Wherefore, Robert Ballard respectfully request that the Court enter and Order Discharging Robert Ballard as the duly appointed Receiver in this proceeding and that such Order provide for the release of the Surety Bond posted by the Receiver as directed and ordered by this Court's Order of April 10, 2001. Respectfully submitted, Robert Ballard.

_____
Robert Ballard

State of Florida
County of Saraosta

I, Robert Ballard, having been duly appointed receiver in the above referenced court proceeding, by order of court dated April 10, 2001, do swear that the final accounting for the property effective August 22, 2001 was filed with the Clerk of the District Court on September 20, 2001 and no objections have been reviewed.

_____
Robert Ballard

SWORN TO AND SUBSCRIBED before me this 15th day of November, 2001, by Robert Ballard, who is personally known to me and who did take an oath.

_____
NOTARY PUBLIC

Marci Lynn Marsh
My Commission CC777895
Expires September 23, 2002

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: DAVID W. TRENCH, ESQUIRE, Counsel for Condor One, Inc., 2500 First Union Financial Center, Miami, Florida 33131-2336, FLORIDA HOUSING FINANCE AGENCY, 227 N. Bronough Street, Suite 5000, Tallahassee, Florida 32301-1329, WILSON ATKINSON, Atkinson, Diner, Stone, Mankuta and Ploucha, P.A., 1946 Tyler, Hollywood, Florida 33020, WILLIAM C. HEALY, ESQUIRE, Counsel for the Secretary of Housing & Urban Development, 99 N. E. 4th Street, Third Floor/Civil Division, Miami, Florida 33132-2111, and RICHARD T. WOULFE, ESQUIRE, Counsel for Oakland Lakes, Ltd., P.O. Box 03040, 888 E. Las Olas Boulevard, Suite 400, Fort Lauderdale, Florida 33303-0340, ROBERT E. MESSICK, Counsel for Oakland Lakes, Ltd., 2033 Main Street, Suite 600, Sarasota, Florida 34236, this __15__ day of November, 2001.

                                                                          _____
                                                            ROBERT BALLARD, Receiver
                                                            2 N. Tamiami Trail
                                                            Suite 210
                                                            Sarasota, Florida   34236