UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **813268 ONTARIO, INC.** as General Partner of **OAKLAND PARK (FLORIDA) LIMITED PARTNERSHIP,** an Ontario limited partnership; as limited partner of, and on behalf of **OAKLAND LAKES, LTD.,** a Florida Limited Partnership,<br><br>   Plaintiff,<br><br>vs<br><br>**OAKLAND LAKES, LTD.,** a Florida Limited Partnership, **WILLIAM O. BRISBEN, W. O. BRISBEN COMPANIES, INC.,** and **ROBERT E. SCHULER,** as General partners of **OAKLAND LAKES, LTD., THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT,** and **CONDOR ONE, INC.,** a Delaware corporation,<br><br>   Defendant.<br>_____/ | CASE NO. 00-6147-CIV-LENARD/TURNOFF<br><br> |
| **CONDOR ONE, INC.,** a Delaware corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>**OAKLAND LAKES, LTD.,** a Florida Limtied partnership,<br><br>   Defendant.<br>_____/ | CASE NO. 00-7847-CIV-LENARD/TURNOFF |

**ORDER GRANTING MOTION OF RECEIVER FOR ENTRY OF ORDER
DISCHARGING RECEIVERSHIP**

**THIS CAUSE** came before the Court upon the Motion(s) of Receiver for Entry of Order Discharging Receivership, (D.E. ## 106, 107), filed November 19, 2001. Upon due consideration of the motion and the record, it is hereby

Case No. 00-6147-CIV-LENARD/TURNOFF

**ORDERED AND ADJUDGED** that the motion is **GRANTED. ROBERT BALLARD IS HEREBY DISCHARGED AS RECEIVER IN THIS PROCEEDING. THE CLERK IS INSTRUCTED TO RELEASE THE THREE HUNDRED THOUSAND DOLLAR ($300,000.00) SURETY BOND FILED IN CONNECTION WITH THIS MATTER.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 29 day of April, 2002.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:   U. S. Magistrate William C. Turnoff

Richard T. Woulfe, Esq.
Bunnell, Woulfe, Kirschbaum, Keller, et al.
P.O. Drawer 030340
888 E. Las Olas Boulevard, Suite 400
Ft. Lauderdale, FL 33303-0340

Robert E. Messick, Esq.
Icard, Merrill, Cullis, et al.
2033 Main Street, Suite 600
Sarasota, FL 34237

William S. Spencer, Esq.
Ellis, Spencer & Butler
4601 Sheridan
Hollywood, FL 33021

David W. Trench, Esq.
Bilzin Sumberg Dunn, et al.
2500 First Union Financial Center
Miami, FL 33131-2336

Robert Ballard, Receiver
2 N. Tamiami Trail
Suite 210
Sarasota, FL 34236